1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:15-mj-0044-GSA

12                      Plaintiff,          UNDER SEAL

13           v.                             EX PARTE MOTION TO SEAL COMPLAINT
                                            PURSUANT TO RULE 6 (e), FEDERAL RULES
14  KEITH FOSTER, RANDY FLOWERS, IRAN       OF CRIMINAL PROCEDURE; ORDER TO SEAL
    DENNIS FOSTER, JENNIFER
15  DONABEDIAN, RAFAEL GUZMAN, SARAH
    YBARRA,
16
                        Defendants.
17

18

19        The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal

20  Procedure, to order and direct that the Complaint signed by the Court on March 25, 2015, charging

21  violations of 21 U.S.C. §§ 846 and 841(a)(1) and a violation of 21 U.S.C. § 843b be kept secret until the

22  defendants named in the Complaint are either in custody or have been given bail on these offenses; and

23  further order that until such time as the defendants are in custody or have been given bail, that no person

24  shall disclose the finding of the

25  ///

26  ///

27  ///

28  ///

Motion and Order to Seal Complaint                    1

FILED

MAR 25 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1  Complaint or any warrants issued pursuant thereto, except when necessary for the issuance and

2  execution of the warrants.

3  Dated:  March 25, 2015                                BENJAMIN B. WAGNER
                                                         United States Attorney
4

5                                                        /s/  Melanie L. Alsworth
                                                         MELANIE L. ALSWORTH
6                                                        Assistant United States Attorney

7

8        IT IS SO ORDERED this  25  day of March, 2015.

9

10

11                                                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28