1 | BENJAMIN B. WAGNER
United States Attorney
2 | MELANIE L. ALSWORTH
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

MAR 25 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH FOSTER, RANDY FLOWERS, IRAN DENNIS FOSTER, JENNIFER DONABEDIAN, RAFAEL GUZMAN, SARAH YBARRA,<br><br>Defendants. | CASE NO. 1:15-mj-0044-GSA<br><br>UNDER SEAL<br><br>EX PARTE MOTION TO SEAL COMPLAINT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE; ORDER TO SEAL |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Complaint signed by the Court on March 25, 2015, charging violations of 21 U.S.C. §§ 846 and 841(a)(1) and a violation of 21 U.S.C. § 843b be kept secret until the defendants named in the Complaint are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the

///

///

///

///

Motion and Order to Seal Complaint     1

Complaint or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: March 25, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

IT IS SO ORDERED this 25 day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE