BENJAMIN B. WAGNER
United States Attorney
Melanie L. Alsworth
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-0044-GSA |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL COMPLAINT |
| v. | |
| KEITH FOSTER, RANDY FLOWERS, IRAN DENNIS FOSTER, JENNIFER DONABEDIAN, RAFAEL GUZMAN, and SARAH YBARRA, | |
| Defendants. | |

## MOTION

The Complaint in the above entitled matter having been filed under seal by Order of this Court no longer needs to remain secret, because arrest warrants have been executed. Therefore, the United States of America hereby requests that the Complaint filed under seal in the above captioned matter now be ordered unsealed by this Court.

Dated: March 26, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Melanie L. Alsworth
Melanie L. Alsworth
Assistant United States Attorney

TYPE PLEADING NAME

1

## **ORDER**

It appearing that the Complaint in the above captioned matter no longer need remain secret, it is hereby ORDERED this 26th day of March, 2015, that the Complaint be unsealed and made public record.

3/26/15

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE