AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
KEITH FOSTER

**WARRANT FOR ARREST**

FILED MAR 27 2015 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

SEALED

CASE NUMBER: 1:15-mj-0044-GSA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KEITH FOSTER

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to Distribute and or Possess with Intent to Distribute Controlled Substances

in violation of Title 21, United States Code, Section(s) § 846, 841(a)(1) – 3 Counts

Gary S. Austin
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

March 25, 2015, in Fresno, California
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Church Avenue, Fresno, CA | | |
| DATE RECEIVED 3/25/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/26/15 | Sherri Reynolds ATF | *[signature]* |