AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPEARANCE

Case Number: 1:15-MJ-0044 GSA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KEITH FOSTER
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 3/27/15

Signature: [signature]

Print Name: E. MARSHALL HODGKINS

State Bar Number: 76796

Address: 1186 W. SHAW, SUITE 103

City: FRESNO, CA  Zip Code: 93711

Phone Number: (559) 248-0500

E-Mail Address: EMHLAW@aol.com

☐ Appointed
☒ Retained