AO 458 (Rev. 10/95) Appearance


FILED
MAR 31 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 1:15mj 0044 65A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IRAW DENNIS FOSTER
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: March 31, 2015

Signature: Roger Litman

Print Name: Roger Litman

State Bar Number: 57634

Address: 2300 Tulare St. #230

City: Fresno    Zip Code: 93721

Phone Number: (559) 237-6000

E-Mail Address: rogrito@comcast.net

☑ Appointed
☐ Retained