AO 458 (Rev. 10/95) Appearance



# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPEARANCE

Case Number: 1:15-MJ00044-GSA-6

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sarah Ybarra
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 4-2-15

Signature

Richard Beshunte
Print Name

179782
State Bar Number

2020 Tulare St. Ste A
Address

Fresno                    93721
City                      Zip Code

559 266-5000
Phone Number

RBJR777@yahoo.com
E-Mail Address

☒ Appointed
☐ Retained