# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:15-CR-00104 LJO SKO |
| **Plaintiff,** | ORDER OF RECUSAL |
| **v.** | |
| **KEITH FOSTER, et al.,** | |
| **Defendants.** | |

The undersigned has been notified that the above-captioned matter has been assigned to him in the ordinary course of random assignments, as is required by Federal law.

The Defendant and the undersigned have been professionally acquainted for numerous years, having served together at many crime and gang prevention events as lecturers and presenters, and in more recent years have shared meals perhaps five times, discussing such things as crime trends, recent legal developments, rehabilitation options, and crime prevention methodology.

Although the Court believes that it could and would nonetheless handle this case in a fair, just and equal manner, the Court understands that the appearance of impropriety alone is reason enough for the undersigned to invoke recusal. The preservation of the integrity of the Federal Court system generally, and the Judiciary specifically, is always the paramount and primary goal of every judge. Armed with the knowledge of the professional relationship that has developed over the years, a

1

reasonable person could question the ability of the Court to be objective in a case where a professional acquaintance has been charged with felonious criminal conduct, and for that reason, the undersigned recuses himself and ORDERS the Clerk of the Court to reassign the matter to another United States District Judge of the Eastern District of California.

IT IS SO ORDERED.

Dated: **April 9, 2015**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE