BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
DAWRENCE W. RICE, JR.
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00104-AWI-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING PROTECTIVE ORDER |
| KEITH FOSTER, RANDY FLOWERS, RAFAEL GUZMAN, IRAN DENNIS FOSTER, RICKY REYNOLDS, JENNIFER DONABEDIAN, and SARAH YBARRA, | |
| Defendants. | |

**STIPULATION**

The parties to this action, by and through their respective counsel, stipulate and agree as follows:

1. Electronic surveillance was conducted in connection with the investigation in the above-entitled case. Accordingly, numerous documents were filed with the Court under seal relating to the electronic surveillance.

2. Persons who have not been charged in any criminal conduct, but who were identified in the documents filed with the Court regarding the electronic surveillance and/or whose communications were intercepted, have privacy interests.

1

3. The government has discovery obligations to the defendants with regard to such documents filed with the Court and the communications intercepted.

4. Disclosure by the government will implicate the privacy interests of the persons mentioned in paragraph 2 above.

5. Therefore, the parties and their respective counsel, including staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government in discovery, except as necessary for investigation or presentation in Court proceedings in the above-entitled case.

6. The documents filed with the Court in connection with the electronic surveillance in the above-entitled case shall remain sealed from the general public.

Dated: April 23, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Melanie L. Alsworth
Melanie L. Alsworth
Assistant United States Attorney

Dated: April 23, 2015

/s/ E. Marshall Hodgkins, III
E. MARSHALL HODGKINS, III
Counsel for Defendant
Keith Foster

Dated: April 23, 2015

/s/ Yan Shrayberman
YAN SHRAYBERMAN
Counsel for Defendant
Randy Flowers

Dated:  April 23, 2015    /s/ Peggy Sasso
PEGGY SASSO
Counsel for Defendant
Rafael Guzman

Dated:  April 23, 2015    /s/ Roger K. Litman
ROGER K. LITMAN
Counsel for Defendant
Iran Dennis Foster

Dated:  April 23, 2015    /s/ Daniel A. Bacon
DANIEL A. BACON
Counsel for Defendant
Ricky Reynolds

Dated:  April 23, 2015    /s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Counsel for Defendant
Jennifer Donabedian

Dated:  April 23, 2015    /s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Counsel for Defendant
Sarah Ybarra

**ORDER**

Pursuant to the stipulation of the parties set forth above, IT IS HEREBY ORDERED:

1. The government may provide as discovery in this case the Court documents filed under seal in connection with the electronic surveillance conducted in the investigation of the above-entitled case and the communications intercepted.

2. The parties and their respective counsel, including staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government in discovery, except as necessary for investigation or presentation in Court proceedings in the above-entitled case.

3. The documents filed with the Court in connection with the electronic surveillance in the above-entitled case shall remain sealed from the general public.

IT IS SO ORDERED.

Dated:   April 23, 2015

_____
SENIOR DISTRICT JUDGE