# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RANDY FLOWERS, ) <br> ) <br> Defendant. ) <br> _____) | **NOTICE OF MOTION FOR REVOCATION OF DETENTION ORDER** <br><br> United States Magistrate Court <br> No. 1:15-cr-0104 AWI SKO |

       Notice is hereby given that **RANDY FLOWERS** appeals to the United States District Court for the Eastern District of California from the:

    ( ) Conviction only (Fed. R. Criminal P. 32(b))
    ( ) Conviction and Sentence
    ( ) Sentence only (18 U.S.C. 3742)
    (X) Order (specify) DETENTION ORDER imposed April 1, 2015.

Bail Status: In Custody.

Dated: May 6, 2015
                                     /s/ *Yan E. Shrayberman*
                                     YAN E. SHRAYBERMAN
                                     ADDRESS: P.O.Box 506
                                     Fresno, California 93709
                                     PHONE NUMBER: (559) 779-2315
                                     -------------------------------------------------

Name of Court Recorder: Otilia Figueroa
Transcript - Required: ( ) YES ( X ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)