LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California 93709
Telephone: (559) 779-2315
Facsimile: (213) 352-1010

Attorney for Defendant
RANDY FLOWERS

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RANDY FLOWERS<br><br>　　　　　　Defendant. | Court Case#: 1:15-cr-01014-AWI<br><br>**MOTION AND O R D E R ON [PROPOSED] MODIFICATION OF CONDITIONS OF RELEASE** |

　　　Defendant RANDY FLOWERS, though his counsel, respectfully requests that he be allowed to modify the conditions of his pre-trial release. Mr. FLOWERS is currently under GPS monitoring through Pre-Trial services and is requesting to change to a curfew supervision due to the scheduling of his employment.

　　　Pursuant to the conditions of his pre-trial release, Mr.FLOWERS was fortunate enough to secure a position, through his union, with Traffic Management Inc. His job as a general laborer requires him to work on the highways at night, when the traffic flow is at the slowest. To that extent, Mr.FLOWERS is given his schedule a day prior to his work assignment. Often, he is given his schedule with very limited time to contact Pre-Trial Services and make GPS arrangements.

　　　After speaking with Pre-Trial Services, they've suggested that the GPS be modified to curfew because curfew could be arranged around MR.FLOWERS' schedule and will not require prior

authorization by Pre-Trial Services. Essentially, what is proposed is that MR.FLOWERS would notify Pre-Trial Services in advance, as soon as he gets his schedule, that he would be working throughout the night, returning home at a predetermined hour. His curfew would then be scheduled around his time at home. All other pre-trial release orders will remain in effect unmodified.

MR.FLOWERS never had any serious violations while on pre-trial release. He wishes to work as much as he can to provide for him family as well as stay gainfully occupied during his pre-trial period.

As such, MR.FLOWERS respectfully requests that his GPS monitoring be modified to curfew supervision.

Date:8/15/15                             /s/Yan E. Shrayberman
                                         YAN E. SHRAYBERMAN

Date:8/15/15                             /s/ Randy Flowers
                                         RANDY FLOWERS

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court Case#: 1:15-cr-01014-AWI |
|---|---|
| Plaintiff, | **[ PROPOSED] ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE** |
| v. | |
| RANDY FLOWERS | |
| Defendant. | |

**IT IS ORDERED**, that the conditions of RANDY FLOWERS's pretrial release are hereby modified to reflect that RANDY FLOWERS' Pre- Trial GPS monitoring is hereby modified to curfew to be administered by the Eastern District Pre-Trial Officers.

DATED: _____

Honorable SHEILA K. OBERTO
United States District Court