LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California  93709
Telephone:     (559) 779-2315
Facsimile:     (213) 352-1010

Attorney for Defendant
RANDY FLOWERS

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#: 1:15-cr-01014-AWI |
| Plaintiff, | **STIPULATION FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| RANDY FLOWERS | |
| Defendant. | |

Defendant RANDY FLOWERS, though his counsel, respectfully requests that he be allowed to modify the conditions of his pre-trial release. Mr. FLOWERS is currently under GPS monitoring and curfew through Pre-Trial services and is requesting to change to a curfew supervision only to facilitate the scheduling of his employment.

At the previous hearing, the court modified the curfew condition of release in favor of GPS monitoring, however the GPS was left in place.

The Government and Defendants have entered into stipulation that the Defendants should only be on curfew and have executed this document to the same. Mr. FLOWERS will check in with Pretrial Services at the beginning of the curfew time.

///

///

As such, MR.FLOWERS respectfully requests that his GPS monitoring be modified to curfew supervision only and request that this court confirm the instate stipulation.

Date:11/10/15    */s/Yan E. Shrayberman*

YAN E. SHRAYBERMAN

Date:11/10/15    */s/ Randy Flowers*

RANDY FLOWERS

DATE: 11/10/15    */s/ Melanie Alsworth*

MELANIE ALSWORTH

SO ORDERED

Dated: _____

US DISTRICT JUDGE

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010