DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
ATTORNEYS AT LAW
2445 CAPITOL STREET, SUITE 160A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 412-4420

ATTORNEYS FOR RICKY REYNOLDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICKY REYNOLDS, ) <br> ) <br> Defendant, ) <br> _____ ) | Case No. 1:15-cr-00104 AWI <br><br> NOTICE OF CHANGE OF ADDRESS |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO
THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective February 1, 2016, the offices of Daniel A. Bacon will be located at 2445 Capitol Street, Suite 160A, Fresno, California 93721, telephone number (559) 412-4420, fax number (559) 233-4333. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to this address.

Dated: February 29, 2016.                    /s/ Daniel A. Bacon
                                             DANIEL A. BACON, Attorney for Defendant
                                             RICKY REYNOLDS

NOTICE OF CHANGE OF ADDRESS