BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
DAWRENCE W. RICE, JR.
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00104 AWI |
| Plaintiff, | STATUS REPORT |
| v. | |
| KEITH FOSTER ET AL., | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, submits the following status report in accordance with the Magistrate Judge's order of February 3, 2016.

1. <u>Discovery</u>

On March 9, 2016, the government provided supplemental discovery to the defense, bates numbers 036470-036507, including supplemental reports and transcripts. The defendants were also notified on this date that discovery from electronic devices is available, and the government requested that any defendant wanting a copy of the discoverable information provide an external hard drive upon which to copy the data. Only one defendant has requested a copy of this information and provided a hard drive. The hard drive was received on March 31, 2016. The government will provide this discovery to the defendant as soon as practicable.

1

2. <u>Plea Offers</u>

Plea offers were made to the following defendants: Ricky Reynolds (on or about July 13, 2015); Randy Flowers (on or about September 1, 2015), and Rafael Guzman (on or about November 27, 2015). Plea offers to defendants Keith Foster, Iran Dennis Foster and Jennifer Donabedian are being finalized and will be sent no later than April 15, 2016. Sarah Ybarra entered a plea of guilty on November 23, 2015.

Respectfully submitted,

Dated: April 4, 2016

BENJAMIN B. WAGNER
United States Attorney

s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney