PHILLIP A. TALBERT
United States Attorney
MELANIE A. ALSWORTH
DAWRENCE W. RICE, JR.
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00104-AWI |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION IN LIMINE FOR A PRETRIAL AUTHENTICATION HEARING AND ORDER CONCERNING THE AUTHENTICITY AND ADMISSIBILITY OF AUDIO RECORDINGS AND TRANSCRIPTS, OR IN THE ALTERNATIVE, A REQUEST FOR A STIPULATION BY COUNSEL TO THE AUTHENTICITY AND ADMISSIBILITY OF AUDIO RECORDINGS AND TRANSCRIPTS. |
| v. | |
| KEITH FOSTER, RANDY FLOWERS, and RICKY REYNOLDS, | |
| Defendants. | |
| | DATE: April 17, 2017<br>TIME: 1:30 PM<br>COURT: Hon. Anthony W. Ishii |

The government hereby moves the Court for a pretrial order authorizing the admission into evidence of audio recordings and transcripts from the T-III wiretaps in this case. The government plans to play recorded conversations between the defendants and co-conspirators that were obtained during the wiretaps in this case, and provide transcripts of the audio recordings to the jurors to help them follow along. The government previously provided copies of the recordings and transcripts it intends to introduce into evidence at trial to counsel for the defendants on February 17, 2017.

///

GOVERNMENT MOTION IN LIMINE RE
AUTHENTICATION/REQUEST FOR STIPULATION

1

The authentication of tapes and transcripts is a preliminary issue of fact to be decided by the Court. F.R.E. 104(a), 901(a). To avoid delays during the trial, the government would appreciate a pretrial order from the Court concerning the authenticity and admissibility of these wiretap audio recordings and transcripts. See, e.g., United States v. Webster, 84 F.3d 1056, 1064 n.4 (8th Cir. 1996) ([I]tis good practice for the district court to make a pretrial evaluation of a recordings admissibility.); United States v. Carbone, 798 F.2d 21, 25 (1st Cir. 1986) ("the preferred way of handling challenges to the accuracy and audibility of tape recordings is at a pretrial hearing."). Likewise, the preferable means of authenticating transcripts of recorded conversations is by stipulation between the parties or a pretrial determination by the Court. United States v. Wright, 932 F.2d y868, 880 (10th Cir. 1991), cert. denied, 502 U.S. 962 (1991).

The foundation for authentication of the wiretap recordings to be offered in evidence by the government can be satisfied by the certified telephone company records showing that Keith Foster, Randy Flowers, and Iran Dennis Foster were the subscribers of the phone numbers on the phones wiretapped, testimony from law enforcement agents and/or a co-defendant who is familiar with and can identify the voices of the defendants, statements of the defendants and co-conspirators during wiretapped calls identifying each other, and/or law enforcement agent surveillance of meetings between the defendants and co-conspirators after calls arranging meetings were intercepted.

The foundation for authentication of the transcripts of the wire recordings to be offered in evidence by the government can be satisfied by testimony from an ATF Special Agent who can testify that she compared the transcripts to the audio recordings of the wiretapped calls to be offered in evidence and can testify that the transcripts accurately reflect the words heard on the recordings. See, e.g., United States v. Rengifo, 789 F.2d 975, 978-83 (1st Cir. 1986).

In the alternative, to save time and expense to all concerned in holding a pretrial evidentiary hearing on non-controversial foundational matters, the government would invite counsel for the defendants to stipulate to the authenticity and admissibility of the wire recordings and transcripts to be offered in evidence that were previously provided to counsel.

Dated: March 13, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ DAWRENCE W. RICE, JR.
DAWRENCE W. RICE, JR.
Assistant United States Attorney