E. MARSHALL HODGKINS #76796
ATTORNEY AT LAW
1186 W. SHAW, STE. 103
FRESNO, CA 93711
emhlaw@aol.com
TELEPHONE: 559-248-0900
FACSIMILE: 559-248-0901

Attorney for Defendant, KEITH FOSTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEITH FOSTER,<br><br>　　　　　Defendant | Case No.: 1:15-CR-00104-AWI<br><br>DEFENDANT KEITH FOSTER'S RESPONSE TO THE GOVERNMENT'S MOTION IN LIMINE FOR A PRETRIAL AUTHENTICATION HEARING AND ORDER CONCERNING THE AUTHENTICITY AND ADMISSIBILITY OF AUDIO RECORDINGS AND TRANSCRIPTS/STIPULATION BY COUNSEL<br><br>DATE: April 17, 2017<br>TIME: 1:30 PM<br>PLACE: Hon. Anthony W. Ishii |

　　　The defense, on behalf of Defendant Keith Foster, would be willing to stipulate to the authenticity and admissibility of the audio wiretaps and transcripts referred to by the Government in their Motion in Limine assuming that stipulation included additional audio tapes and transcripts, along with relevant text messages, which the defense on behalf of Keith Foster would like to introduce.

　　　The United States Attorney's Office, by and through Assistant U.S. Attorney Dawrence Rice, has previously provided the documents referred to in their Motion in Limine. Because of

schedules of both attorneys, we have not been able to get together as suggested by the U.S. Attorney's Office. It is the hope of the defense for Keith Foster that on or before April 17, 2017 such a meeting will take place and the product of that meeting will be an agreed upon stipulation by the defense on behalf of Defendant Keith Foster.

The defense for Keith Foster wishes to point out that since January 12, 2017 there have been four new deliveries of discovery and various audio and visual tapes. This additional material, some of it is admittedly duplications of previously given discovery, but not much, is requiring time to go through and is causing the defense for Keith Foster to have to concentrate on certain areas of that discovery not previously anticipated.

The defense wishes to emphasize that the U.S. Attorney's Office has been extremely cooperative and it is felt that this issue will be worked out without the necessity of any type of preliminary facts hearing.

DATED: 3/27/17

/s/ E. Marshall Hodgkins
**E. Marshall Hodgkins,**
**Attorney for Keith Foster**