PHILLIP A. TALBERT
United States Attorney
MELANIE A. ALSWORTH
DAWRENCE W. RICE, JR.
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH FOSTER,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:15-CR-00104-AWI<br><br>GOVERNMENT'S REPLY TO DEFENDANT KEITH FOSTER'S RESPONSE TO MOTION IN LIMINE FOR A PRETRIAL AUTHENTICATION HEARING AND ORDER CONCERNING THE AUTHENTICITY AND ADMISSIBILITY OF AUDIO RECORDINGS AND TRANSCRIPTS, OR IN THE ALTERNATIVE, A REQUEST FOR A STIPULATION BY COUNSEL TO THE AUTHENTICITY AND ADMISSIBILITY OF AUDIO RECORDINGS AND TRANSCRIPTS.<br><br>DATE: April 17, 2017<br>TIME: 1:30 PM<br>COURT: Hon. Anthony W. Ishii |

　　　　The government agrees that a stipulation of the parties to the authenticity and admissibility of the audio, transcripts, and text messages from the wiretaps in this case should include those offered by the government and any additional audio, transcripts, and text messages from the wiretaps in this case offered by defense counsel on behalf of defendant Keith Foster.

　　　　///

| | | |
|---|---|---|
| Dated: April 3, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ DAWRENCE W. RICE, JR.<br>DAWRENCE W. RICE, JR.<br>Assistant United States Attorney |