**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
emhlaw@aol.com
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant, KEITH FOSTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KEITH FOSTER,<br><br>        Defendant | Case No.: 1:15-CR-00104-AWI<br><br>DEFENDANT KEITH FOSTER'S RESPONSE OF TRIAL BRIEF<br><br>DATE: May 9, 2017<br>TIME: 8:30 PM<br>COURT: Hon. Anthony W. Ishii |

### A. Status of Case

The defense, on behalf of Keith Foster, agrees with the status of the case as indicated in the Government's Trial Brief.

### B. Proposed Neutral Statement of Case

The defendant Keith Foster, is in complete agreement of the proposed neutral statement of the case.

### C. Summary of Facts

Although the defense for Keith Foster is in disagreement with the conclusions reached by the government in their Trial Brief under Summary of Facts, the defense for Keith Foster does understand that the position of the government is as stated under this section on each count that Mr. Foster is charged with.

### D. Elements of Charges

The defense for Keith Foster agrees that he is charged, by way of indictment, as indicated in the Government's Trial Brief.

### E. Evidentiary Issues

The defense for Keith Foster admits that the law is as stated under this section.

As to the recitation labeled Experts the defense for Keith Foster admits that the law is as stated with regard to narcotics jargon, however objects to any statement that may be attempted to be offered by an expert in this area which would attempt to conclude, and keep away from the province of the jury, their ability to conclude any mens rea or scienter element that may be necessary in the crimes charged against Mr. Keith Foster.

DATED: 4/4/17

        /s/ E. Marshall Hodgkins
        **E. Marshall Hodgkins,**
        **Attorney for Keith Foster**