IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>                 Defendant. | CASE NO. 1:15-CR-00104-AWI<br><br>STIPULATIONS TO FACTS AND ADMISSIBILITY OF CERTAIN EVIDENCE.<br><br><br>DATE: May 9, 2017<br>TIME: 8:30 AM<br>COURT: Hon. Anthony W. Ishii |

After having met and conferred, the United States of America, by and through its counsel, Assistant U.S. Attorneys Melanie L. Alsworth and Dawrence W. Rice, Jr., and the defendant Keith Foster, by and through his counsel, E. Marshall Hodgkins, III, Attorney at Law, hereby stipulate and agree to the following facts and admissibility of certain evidence:

1. Keith Foster's personal cell phone number was (559) 994-7532 and his work cell phone number was (559) 960-8185 during the wiretaps involved in this case.
2. Rafael Guzman's personal cell phone number was (559) 900-6165 during the wiretaps involved in this case.
3. Lashon Jones personal cell phone number was (559) 558-3208 during the wiretaps involved in this case.
4. Iran "Denny" Foster's personal cell phone numbers were (559) 270-6405 and (559) 231-2084 during the wiretaps involved in this case.
5. Ricky Reynold's personal cell phone number was (530) 440-2522 during the wiretaps involved in this case.
6. Randy Flowers' personal cell phone number was (559) 708-9146.
7. There were court authorized wiretaps in this case on Iran "Denny" Foster's cell phone numbers (559) 270-6405 and (559) 231-2084, Keith Foster's cell phone number (559) 994-

1    7532, and Randy Flowers' cell phone number (559) 708-9146.

2    8. The audio of the phone calls and the text messages intercepted and recorded during the wiretaps in this case have been reviewed by the parties and may be admitted into evidence and played and displayed to the jury whether offered by the prosecution or defense.

9. Transcripts of the audio of the phone calls intercepted and recorded during the wiretaps in this case have been prepared and reviewed for accuracy by the prosecution and defense. These transcripts may be admitted into evidence for the record whether offered by the prosecution or defense, and may be provided and displayed to the jury to assist them while listening to the audio of the phone calls. These transcripts, however under Ninth Circuit law, will not be available to the jury in the jury deliberation room, because the audio itself is the actual evidence.

10. During the time of the wiretaps in this case, Keith Foster was driving a black BMW 7 series car bearing California License Plate Number 6FMR333.

11. During the time of the wiretaps in this case, Rafael Guzman was driving a black BMW X5 car bearing California License Plate Number 7GOJ189.

12. Samples of the marijuana seized during the investigation of this case were sent by law enforcement agents to the Drug Enforcement Administration Western Regional Laboratory to be examined and tested by forensic chemists. The forensic chemists examined and tested the samples and confirmed that all of the samples were in fact marijuana.

13. A prescription bottle containing two blue pills seized during the investigation of this case from Keith Foster's car was sent by law enforcement agents to the Drug Enforcement Administration Western Regional Laboratory to be examined and tested by a forensic chemist. The forensic chemist photographed the pills which had a marking of an A over 215 with a line between the A and 215. The photos of the pills may be admitted into evidence by either the prosecution or defense. The forensic chemist examined and tested the pills and found that the pills in fact contained oxycodone.

14. A prescription bottle containing 98 blue pills seized during the investigation of this case from Randy Flowers' residence was sent by law enforcement agents to the Drug Enforcement

Administration Western Regional Laboratory to be examined and tested by a forensic chemist. The forensic chemist photographed the pills which had a marking of an A over 215 with a line between the A and 215. The photos of the pills may be admitted into evidence by either the prosecution or defense. The forensic chemist examined and tested the pills and found that the pills in fact contained oxycodone.

15. The California Department of Justice – Controlled Substances Utilization Review and Evaluation System database shows that Keith Foster obtained a prescription on December 23, 2014 for 100 tablets of 30 milligram strength Oxycodone Hydrochloride from Rite Aid 5865 pharmacy, prescribed by Dr. Patrick A. Golden; obtained a prescription on January 27, 2015 for 100 tablets of 30 milligram strength Oxycodone Hydrochloride from Rite Aid 5865 pharmacy, prescribed by Dr. Patrick A. Golden; obtained a prescription on February 25, 2015 for 100 tablets of 30 milligram strength Oxycodone Hydrochloride from Rite Aid 5865 pharmacy, prescribed by Dr. Diego G. Allende; and, obtained a prescription on March 25, 2015 for 100 tablets of 30 milligram strength Oxycodone Hydrochloride from Rite Aid 5865 pharmacy, prescribed by Dr. Diego G. Allende. The California Department of Justice – Controlled Substances Utilization Review and Evaluation System database reports may be admitted into evidence by either the prosecution or defense.

16. Data was extracted from Keith Foster's work phone (559) 960-8185 by Bureau of Alcohol, Tobacco, Firearms, and Explosives forensic agents, including photos of Keith Foster's prescriptions on December 23, 2014 for 100 tablets of 30 milligram strength Oxycodone Hydrochloride and February 25, 2015 for 100 tablets of 30 milligram strength Oxycodone Hydrochloride. These photos may be admitted into evidence by either the prosecution or defense.

17. On March 26, 2015 at approximately 12:33 p.m., a urine sample was obtained from Keith Foster at the Federal Bureau of Investigation Office in Fresno, California. On March 26, 2015 at approximately 1:32 p.m. and 1:43 p.m., two blood samples from Keith Foster were obtained at the Community Regional Medical Center in Fresno, California. On March 31, 2015, the urine and blood samples were sent to the Federal Bureau of Investigation

Laboratory for testing for the presence of oxycodone or metabolized oxycodone.

18. The parties stipulate and agree that this document setting forth their stipulations to facts and the admissibility of certain evidence may be admitted into evidence as Joint Exhibit Number 1.

Dated: April 14, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant United States Attorney

/s/ E. Marshall Hodgkins, III

E. MARSHALL HODGKINS
Attorney at Law
Counsel for Keith Foster