IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>KEITH FOSTER,<br><br>                Defendant. | CASE NO. 1:15-CR-00104-AWI<br><br>STIPULATION REGARDING JURY INSTRUCTIONS.<br><br><br>DATE: May 9, 2017<br>TIME: 8:30 AM<br>COURT: Hon. Anthony W. Ishii |

    After having conferred, the United States of America, by and through its counsel, Assistant U.S. Attorneys Melanie L. Alsworth and Dawrence W. Rice, Jr., and the defendant Keith Foster, by and through his counsel, E. Marshall Hodgkins, III, Attorney at Law, hereby stipulate and agree that the proposed jury instructions filed by the government on April 3, 2017 (Doc. 193) are appropriate for the case and should be used by the Court during the trial, with the exception that instructions number 18 and 34 concerning other acts evidence are withdrawn by the government because they do not apply to Keith Foster.

Dated: April 14, 2017

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                           By:  /s/ DAWRENCE W. RICE, JR.
                                                  DAWRENCE W. RICE, JR.
                                                  Assistant United States Attorney


                                                  /s/ E. MARSHALL HODGKINS

                                                E. MARSHALL HODGKINS
                                                Attorney at Law
                                                Counsel for Keith Foster