1  PHILLIP A. TALBERT
   United States Attorney
2  MELANIE A. ALSWORTH
   DAWRENCE W. RICE, JR.
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America
8

9           IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,         CASE NO. 1:15-CR-00104-AWI

13                 Plaintiff,          GOVERNMENT'S EXHIBIT LIST

14          v.

15  KEITH FOSTER,
                                       DATE: May 9, 2017
16                 Defendant.          TIME: 8:30 AM
                                       COURT: Hon. Anthony W. Ishii
17

18

19
        In addition to Joint Exhibit 1: Stipulations to Facts and Admissibility of Certain Evidence, the
20
    government submits the following list of exhibits that it may introduce at trial during its case-in-chief.
21

22

23

24

25

26

27

28

| GOV. EXH. No. | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
| --- | --- | --- | --- | --- |
| 1 | Subscriber information for Keith Foster phone 559/994-7532. | Covered by Joint Exhibit 1 Stipulation No. 1 | | |
| 2 | Subscriber information for Rafael Guzman phone 559/900-6165. | Covered by Joint Exhibit 1 Stipulation No. 2 | | |
| 3 | Subscriber information for Lashon Jones phone 559/558-3208. | Covered by Joint Exhibit 1 Stipulation No. 3 | | |
| 4 | CD of audio and transcript of calls between Keith Foster and Rafael Guzman, and Keith Foster and Lashon Jones, concerning heroin conspiracy. | Covered by Joint Exhibit 1 Stipulation No. 8 | | |
| 5 | Transcript of calls between Keith Foster and Rafael Guzman, and Keith Foster and Lashon Jones, concerning heroin conspiracy. | Covered by Joint Exhibit 1 Stipulation No. 9 | | |
| 6 | Photo of Rafael Guzman. | | | |
| 7 | Photo of Lashon Jones. | | | |

| # | Description | Stipulation | | |
|---|---|---|---|---|
| 8 | Certified DMV printout showing BMW 7 Series California License Plate Number 6FMR333 driven by Keith Foster registered to Keith Foster. | Covered by Joint Exhibit 1 Stipulation No. 10 | | |
| 9 | Certified DMV printout showing BMW X5 California License Plate Number 7GOJ189 driven by Rafael Guzman registered to Elysia Guzman. | Covered by Joint Exhibit 1 Stipulation No. 11 | | |
| 10 | Subscriber information for Iran (Denny) Foster phone 559/270-6405. | Covered by Joint Exhibit 1 Stipulation No. 4 | | |
| 11 | Subscriber information for Iran (Denny) Foster phone 559/231-2084. | Covered by Joint Exhibit 1 Stipulation No. 4 | | |
| 12 | Subscriber information for phone 530/440-2522, address 2490 Farm Hill Dr., Shasta Lake, CA 96109, used by Ricky Reynolds. | Covered by Joint Exhibit 1 Stipulation No. 5 | | |
| 13 | CD of audio and transcript of calls between Denny Foster and Ricky Reynolds, and Denny Foster and Keith Foster, concerning marijuana distribution. | Covered by Joint Exhibit 1 Stipulation No. 8 | | |

| | | | | | |
|---|---|---|---|---|---|
| 14 | Transcript of calls between Denny Foster and Ricky Reynolds, and Denny Foster and Keith Foster, concerning marijuana distribution. | Covered by Joint Exhibit 1 Stipulation No. 9 | | | |
| 15 A-C | Photos of 6 pounds of marijuana seized by CHP from trunk of Denny Foster's car on January 4, 2015. | | | | |
| 16 | Photo of Denny Foster at January 4, 2015 traffic stop. | | | | |
| 17 | Diagram of Rick Reynold's residence at 2490 Farm Hill Drive, Shasta Lake, CA made on March 26, 2015. | | | | |
| 18 A-E | Photos of documents in residence showing Ricky Reynolds lived at residence, including Shasta County assessor letter, utility bill, City of Shasta Lake letter dated 2/27/15, Chase loan statement dated 2/13/15, T-Mobile contract for mobile # 530/488-8938 in name of Ricky Reynolds. | | | | |
| 19 | Photo of several plastic bags of marijuana and gray tub. | | | | |
| 20 | Photo of Mossberg shotgun, model 500A, 12 gauge, s/n R73369. | | | | |
| 21 | Photo of six rounds of 12 gauge ammunition in carrier accessory found on shotgun. | | | | |

| # | Exhibit | Description | Stipulation | | |
|---|---|---|---|---|---|
| | 22 A-J | Photos of growing marijuana plants at Ricky Reynolds' residence at 2490 Farm Hill Dr., Shasta Lake, CA. | | | |
| | 23 A-D | Pole camera surveillance photos of Keith Foster's black BMW at Denny Foster's house on December 14, 2014. | | | |
| | 24 | Subscriber information for Randy Flowers phone 559/708-9146. | Covered by Joint Exhibit 1 Stipulation No. 6 | | |
| | 25 | CD of audio and transcripts of calls between Keith Foster and Randy Flowers concerning Oxycodone pills delivery. | Covered by Joint Exhibit 1 Stipulation No. 8 | | |
| | 26 | Transcript of calls between Keith Foster and Randy Flowers concerning Oxycodone pills delivery. | Covered by Joint Exhibit 1 Stipulation No. 9 | | |
| | 27 | Photo of Randy Flowers. | | | |
| | 28 A-C | Prescription bottle for oxycodone of Keith Foster that contained 2 small pills stamped **A over 215** found in glove box of Keith Foster's car, and photos of pills. | Covered by Joint Exhibit 1 Stipulation No. 13 | | |
| | 29 | Photo of $1300 in cash found in glove box of Keith Foster's car. | | | |

| | | | | |
|---|---|---|---|---|
| 30 | Diagram of Keith Foster's residence at 8305 N. 10th Street, Fresno, CA. | | | |
| 31 | Photo of $9000 in cash found in safe in Keith Foster's garage. | | | |
| 32 | 2/25/2015 oxycodone prescription, receipt, and prescription bottle label found in safe in Keith Foster's garage. Photos of same are Exhibit 65. | | | |
| 33 | Two empty prescription bottles labeled "oxycodone" found in safe in Keith Foster's garage. | | | |
| 34 | 12/23/2014 oxycodone prescription of Keith Foster found in Keith Foster's residence. | | | |
| 35 | Diagram of Randy Flowers' residence at 2049 W. Church Ave., Fresno, CA. | | | |
| 36 A-C | Unmarked Rite Aid prescription bottle that contained 98 small pills stamped **A over 215** found in Randy Flower's residence, and photos of pills. | Covered by Joint Exhibit 1 Stipulation No. 14 | | |
| 37 | Photo of $10,200 in cash (102x$100 bills) found in Randy Flower's residence in Room I on top shelf. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Photo of white scale labeled "WeighMax, 5000g/1g" with residue on it found in Randy Flower's residence in Room B. | | | | |
| 39 | Friant Pharmacy prescription bottle in name of Randy Flowers for "150 tab Oxycodone 30mg" found in Randy Flower's residence in cabinet in Room B. | | | | |
| 40 | Unmarked prescription bottle found in Randy Flower's residence in a dresser in Room K. | | | | |
| 41 | Photo of $300 in cash (3x$100 bills) found in Randy Flower's residence in a dresser in Room K. | | | | |
| 42 | Checkbook for Randy Flowers for WestAmerica Bank containing blank checks found in Randy Flower's residence in dresser drawer in Room K. | | | | |
| 43 A-D | Photos of Remington Gamemaster rifle, model 760, 30-06 caliber, s/n 10367 in brown case found in Randy Flower's residence in Room K. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 44 | Photo of Amadeo Rossi rifle, model 62 SAC, .22SL/LR caliber, s/n G183322 without a stock found in Randy Flower's residence in Room E. | | | | |
| 45 | Box containing 50 rounds of .22 caliber Federal premium ammunition found in Randy Flower's residence in Room E. | | | | |
| 46 | Box containing 100 rounds of CCI .22 short HP ammunition found in Randy Flower's residence in Room E. | | | | |
| 47 | Box of 500 Remington .22 Thunderbolt rimfire .22LR caliber cartridges found in Randy Flower's residence in Room I. | | | | |
| 48 | Two boxes of Winchester .22LR caliber ammunition each containing 235 rounds found in Randy Flower's residence in Room I. | | | | |
| 49 A-C | Photos of Smith & Wesson .357 Magnum revolver, Model 661, s/n 45K2588 found in Randy Flower's residence on top shelf in Room I. | | | | |

| | | | | |
|---|---|---|---|---|
| 50 A-C | Photos of Smith & Wesson .45 caliber semi-automatic pistol, s/n TEH0147 found in Randy Flower's residence in hallway closet in Room I. | | | |
| 51 A | CAL DOJ-Controlled Substance Utilization Review and Evaluation System Report, 12/23/2014 prescription of Keith Foster for Oxycodone Hydrochloride, 30 mg, 100 qty. | Covered by Joint Exhibit 1 Stipulation No. 15 | | |
| 51 B | CAL DOJ-Controlled Substance Utilization Review and Evaluation System Report, 01/27/2015 prescription of Keith Foster for Oxycodone Hydrochloride, 30 mg, 100 qty. | Covered by Joint Exhibit 1 Stipulation No. 15 | | |
| 51 C | CAL DOJ-Controlled Substance Utilization Review and Evaluation System Report, including 02/25/2015 and 03/25/2015 prescriptions of Keith Foster for Oxycodone Hydrochloride, 30 mg, 100 qty. | Covered by Joint Exhibit 1 Stipulation No. 15 | | |
| 52 | PC 969B certified copy of Randy Flowers' prior felony convictions. | | | |

| | | | | |
|---|---|---|---|---|
| 53 | Photo of 12/23/2014 oxycodone prescription from data extracted from Keith Foster's work phone (559) 960-8185. | Covered by Joint Exhibit 1 Stipulation No. 16 | | |
| 54 | Photo of 2/25/2015 Oxycodone prescription from data extracted from Keith Foster's work phone (559) 960-8185. | Covered by Joint Exhibit 1 Stipulation No. 16 | | |
| 55 | Subscriber information for Keith Foster's work phone 559/960-8185. (Bates Stamp Number Foster, et al. 000989-A 0001) | Covered by Joint Exhibit 1 Stipulation No. 1 | | |
| 56 | FBI TICTU/OTD CALEA diagram explaining how wiretaps are conducted. | | | |
| 57 | 1B84: 2 Oxycodone pills found in prescription bottle in Keith Foster's car on 3/26/2015, and sent to DEA Lab for testing. | Covered by Joint Exhibit 1 Stipulation No. 13 | | |
| 58 | 1B23: 98 Oxycodone pills found in prescription bottle in Randy Flowers' residence on 3/26/2015, and sent to DEA Lab for testing. | Covered by Joint Exhibit 1 Stipulation No. 14 | | |
| 59 | Samples of marijuana seized during investigation of case, and sent to DEA Lab for testing. | Covered by Joint Exhibit 1 Stipulation No. 12 | | |

| | | | | |
|---|---|---|---|---|
| 60 | Photo of Ricky Reynolds | | | |
| 61 | Photo of Robert Johnson | | | |
| 62 | Photo of Rebecca Kern | | | |
| 63 | Photo of Desiree Carbajal | | | |
| 64 A-B | Photos of 3/25/2015 oxycodone prescription and receipt found in Keith Foster's car. | | | |
| 65 A-C | Photos of 2/25/2015 oxycodone prescription, receipt, and prescription bottle label found in safe in Keith Foster's garage. | | | |
| 66 | Urine sample of Keith Foster obtained on 3/26/2015, and sent to FBI lab for testing for presence of oxycodone or oxycodone metabolites. | Covered by Joint Exhibit 1 Stipulation No. 17 | | |
| 67 | Blood samples of Keith Foster obtained on 3/26/2015, and sent to FBI lab for testing for presence of oxycodone or oxycodone metabolites. | Covered by Joint Exhibit 1 Stipulation No. 17 | | |
| 68 | CD of audio and transcripts of calls between Denny Foster and Keith Foster, and Denny Foster and Ricky Reynolds, Earl Brown, Rebecca Kern, and an unknown male concerning marijuana distribution. | Covered by Joint Exhibit 1 Stipulation No. 8 | | |

| 69 | Transcript of calls between Denny Foster and Keith Foster, and Denny Foster and Ricky Reynolds, Earl Brown, Rebecca Kern, and an unknown male concerning marijuana distribution. | Covered by Joint Exhibit 1 Stipulation No. 9 | | |
|---|---|---|---|---|

Dated: April 27, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Dawrence W. Rice, Jr.
Dawrence W. Rice, Jr.
Assistant United States Attorney