IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>         v. <br> KEITH FOSTER, <br>               Defendant. | CASE NO. 1:15-CR-00104 AWI <br><br> VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, KEITH FOSTER, AS FOLLOWS:

AS TO COUNT ONE, CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE OXYCODONE:

    <u>GUILTY</u>                <u>NOT GUILTY</u>

    _____             _____

AS TO COUNT TWO, DISTRIBUTION OF OXYCODONE:

    <u>GUILTY</u>      <u>NOT GUILTY</u>

    _____    _____

AS TO COUNT FOUR, DISTRIBUTION OF OXYCODONE:

    <u>GUILTY</u>      <u>NOT GUILTY</u>

    _____    _____

AS TO COUNT SIX, DISTRIBUTION OF OXYCODONE:

    <u>GUILTY</u>      <u>NOT GUILTY</u>

    _____    _____

1

AS TO COUNT EIGHT, DISTRIBUTION OF OXYCODONE:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

_____　　_____

AS TO COUNT ELEVEN, CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

_____　　_____

AS TO COUNT TWELVE, CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

_____　　_____

AS TO COUNT TWENTY-SIX, USE OF A COMMUNICATION FACILITY TO FACILITATE THE COMMISSION OF A FELONY - DISTRIBUTION OF A CONTROLLED SUBSTANCE:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

_____　　_____

_____　　　　　　　　　　_____
DATED　　　　　　　　　　　　　　　　　　FOREPERSON