UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 23 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES, ) | 1:15-cr-00104-AWI |
| ) | |
| Plaintiff, ) | |
| ) | NOTE FROM THE JURY |
| vs. ) | |
| ) | |
| KEITH FOSTER ) | |
| ) | |
| Defendants. ) | |

TIME: __9:18 AM__

__X__   THE JURY HAS THE FOLLOWING QUESTION:

- Should counts 2, 4, 6, + 8 be looked at individually or can they be looked at as a group?
  - Guilty for one - Guilty for all?
  -

____   THE JURY HAS REACHED A UNANIMOUS VERDICT

DATED: 5-23-2017

_____
FOREPERSON

Court Exhibit
1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | 1:15-cr-00104-AWI |
| Plaintiff, | |
| vs. | NOTE FROM THE JURY |
| KEITH FOSTER | |
| Defendants. | |

TIME: 9:21 AM

__X__ THE JURY HAS THE FOLLOWING QUESTION:

- On count 26 (communications) will you please define "help bring about the distribution of a controlled substance"? Does this only apply to distribution or ~~does~~ does conspiracy meet the # criteria?

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

DATED: 5-23-2017

FOREPERSON [signature]

Court Exhibit 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | 1:15-cr-00104-AWI |
| ) | |
| Plaintiff, ) | |
| ) | NOTE FROM THE JURY |
| vs. ) | |
| ) | |
| KEITH FOSTER ) | |
| ) | |
| Defendants. ) | |

TIME: 9:33 AM

__X__ THE JURY HAS THE FOLLOWING QUESTION:

• Can we listen to phone calls b/w Denny + Keith Foster on the dates of: 12/6/14 + 12/7/14 + 12/12/14 + 12/14/14

12/6/14 - 12/14/14

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

DATED: 5/23/2017

_____
FOREPERSON

Court Exhibit
3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 1:15-cr-00104-AWI |
| Plaintiff, | ) | |
| vs. | ) | NOTE FROM THE JURY |
| KEITH FOSTER | ) | |
| Defendants. | ) | |

TIME: 10:40 AM

_____ THE JURY HAS THE FOLLOWING QUESTION:

- If we are hung on one count do all counts get thrown out?
- Hung on one, hung on all?

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

DATED: 5-23-2017

FOREPERSON
(James Stroup)

Court Exhibit 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 1:15-cr-00104-AWI |
| Plaintiff, | ) | |
| vs. | ) | NOTE FROM THE JURY |
| KEITH FOSTER | ) | |
| Defendants. | ) | |

TIME: 1:05 PM

_____ THE JURY HAS THE FOLLOWING QUESTION:

__X__ THE JURY HAS REACHED A UNANIMOUS VERDICT *(on 2 counts only)*

DATED: 5-23-2017

FOREPERSON
(James Shoup)

Court Exhibit 5