IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-104 AWI SKO |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| KEITH FOSTER, | |
| Defendant. | |

## VERDICT

**1.  Count One of the Indictment**

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone in violation of title 21, United States Code, Sections 846 and 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty _____          Not Guilty _____


**2.  Count Two of the Indictment**

As to the offense of Distribution of Oxycodone in violation of title 21, United States Code, Section 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty _____          Not Guilty _____

1

3. **Count Four of the Indictment**

As to the offense of Distribution of Oxycodone in violation of title 21, United States Code, Section 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty ____✓____          Not Guilty _____

4. **Count Six of the Indictment**

As to the offense of Distribution of Oxycodone in violation of title 21, United States Code, Section 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty ____✓____          Not Guilty _____

5. **Count Eight of the Indictment**

As to the offense of Distribution of Oxycodone in violation of title 21, United States Code, Section 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty _____          Not Guilty _____

**6.    Count Eleven of the Indictment**

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute Heroin in violation of title 21, United States Code, Sections 846 and 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty __X__          Not Guilty _____

**7.    Count Twelve of the Indictment**

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of title 21, United States Code, Sections 846 and 841(a)(1),

We, the Jury, find the Defendant, Keith Foster:

Guilty __X__          Not Guilty _____

**8.    Count Twenty-Six of the Indictment**

As to the offense of Use of a Communication Facility to Facilitate the Commission of a Felony (Distribution of a Controlled Substance) in violation of title 21, United States Code, Section 843(b),

We, the Jury, find the Defendant, Keith Foster:

Guilty _____          Not Guilty _____

SO SAY WE ALL, this __23__ day of May, 2017.

_____
FOREPERSON

3