Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>Defendant. | Case No. 1:15-CR-00104-AWI-SKO<br><br>**DEFENDANT KEITH FOSTER'S REQUEST TO SUBSTITUTE COUNSEL (L.R. 182(g))** |

Defendant Keith Foster respectfully requests leave from the Court to substitute Michael McKneely as his attorney in this matter and to relieve E. Marshall Hodgkins. Consent to this substitution is indicated by the signatures below.

Date: June 1, 2017

_____
Keith Foster

Date: June 1, 2017

_____
Michael McKneely
Attorney at Law

Date:

_____
E. Marshall Hodgkins
Attorney at Law

REQUEST TO SUBSTITUTE COUNSEL -1-

**IT IS SO ORDERED**

Dated: _____

_____
Honorable Anthony W. Ishii
United States District Court Judge