Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>    Defendant. | Case No.   1:15-CR-00104-AWI-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS AND CONTINUANCE OF STATUS CONFERENCE** |

The Defendant KEITH FOSTER, through counsel Michael McKneely, and the United States of America, through counsel Melanie Alsworth and Dawrence Rice, Jr., stipulate that good cause exists for the Court to extend the deadline to file defense motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 to on or before August 11, 2017, because defense counsel is newly retained and must obtain trial transcripts that may take up to 30 days to receive. The parties further stipulate:

The government's response is due on or before August 29, 2017 and the Defendant's reply is due on or before September 5, 2017.

The status conference currently set for July 10, 2017 at 1:30 p.m. should be vacated.

Motions should be heard and a status conference held on September 11, 2017 at 10:00 a.m.

STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS AND CONTINUANCE OF STATUS CONFERENCE    -1-

1    This stipulation is made pursuant to Rule 45(b)(1)(A) because the original time to
2    file such motions has not yet expired.
3    Counsel further stipulate that the time from May 23, 2017 until September 11,
4    2017 should be excluded under the provisions of the Speedy Trial Act.

6    DATED: June 2, 2017                    McKNEELY LAW FIRM

8                                           By:  /s/ Michael McKneely
9                                                Michael McKneely
                                                 Attorneys for Keith Foster

12   DATED: June 2, 2017                    PHILLIP A. TALBERT
                                            United States Attorney

15                                          By:  /s/ Melanie Alsworth (authorized 6-2-17)
                                                 Melanie Alsworth
16                                               Assistant United States Attorney

19   Pursuant to the stipulation of the parties prior to the current deadline, and good
20   cause having been shown, the Court hereby ORDERS that the deadline to file defense
21   motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 be
22   extended to on or before August 11th, 2017, pursuant to Rule 45(b)(1)(A).
23   The government's response is due on or before August 29, 2017, and the
24   Defendant's reply is due on or before September 5, 2017.
25   The status conference currently set for July 10, 2017 at 1:30 p.m. is vacated.
26   Motions will be heard and status conference held on September 11, 2017 at
27   10:00 a.m.
28   It is further ordered that time is excluded from May 23, 2017 until September 11,

2017 pursuant to good cause and the stipulation of the parties.

**IT IS SO ORDERED**

Dated: _____

                                          Honorable Anthony W. Ishii
                                          United States District Court Judge

McNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150