| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | **DUE DATE:** |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Michael McKneely | 2. EMAIL mike@fresnocriminalattorney.com | 3. PHONE NUMBER (559) 443-7442 | 4. DATE June 2, 2017 |
|---|---|---|---|
| 5. MAILING ADDRESS 2300 Tulare Street, Suite 115 | | 6. CITY Fresno | 7. STATE CA   8. ZIP CODE 93721 |
| 9. CASE NUMBER 1:15-CR-00104-AWI | 10. JUDGE Anthony W. Ishii | DATES OF PROCEEDINGS | |
| | | 11. FROM May 9, 2017 | 12. TO May 23, 2017 |
| 13. CASE NAME USA v. Keith Foster | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Fresno | 15. STATE California |

16. ORDER FOR
- [ ] APPEAL No.
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)   *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | | HEARINGS | DATE(S) | Peggy Crawford |
|---|---|---|---|---|---|
| [x] ENTIRE TRIAL | May 9, 2017 | | [ ] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | | | |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

18. ORDER   (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE *[signed]*
20. DATE June 5, 2017

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |