Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>    Defendant. | Case No. 1:15-CR-00104-AWI-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS AND CONTINUANCE OF STATUS CONFERENCE** |

The Defendant KEITH FOSTER, through counsel Michael McKneely, and the United States of America, through counsel Melanie Alsworth and Dawrence Rice, Jr., stipulate that good cause exists for the Court to extend the deadline to file defense motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 to on or before August 11, 2017, because defense counsel is newly retained and must obtain trial transcripts that may take up to 30 days to receive. The parties further stipulate:

The government's response is due on or before August 29, 2017 and the Defendant's reply is due on or before September 5, 2017.

The status conference currently set for July 10, 2017 at 1:30 p.m. should be vacated.

Motions should be heard and a status conference held on September 11, 2017 at 10:00 a.m.

1    This stipulation is made pursuant to Rule 45(b)(1)(A) because the original time to
2    file such motions has not yet expired.
3    Counsel further stipulates that the time from May 23, 2017 until September 11,
4    2017 should be excluded under the provisions of the Speedy Trial Act.

6    DATED: June 2, 2017                McKNEELY LAW FIRM

7                                       By:  /s/ Michael McKneely
8                                            Michael McKneely
                                             Attorneys for Keith Foster

10   DATED: June 2, 2017                PHILLIP A. TALBERT
                                        United States Attorney

12                                      By:  /s/ Melanie Alsworth (authorized 6-2-17)
13                                           Melanie Alsworth
                                             Assistant United States Attorney

15   Pursuant to the stipulation of the parties prior to the current deadline, and good
16   cause having been shown, the Court hereby ORDERS that the deadline to file defense
17   motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 be
18   extended to on or before August 18th, 2017, pursuant to Rule 45(b)(1)(A).
19   The government's response is due on or before September 5, 2017, and the
20   Defendant's reply is due on or before September 12, 2017.
21   The status conference currently set for July 10, 2017 at 1:30 p.m. is vacated.
22   Motions will be heard and status conference held on September 18, 2017 at
23   10:00 a.m.
24   ///
25   ///
26   ///
27   ///
28   ///

It is further ordered that time is excluded from May 23, 2017 until September 18, 2017 pursuant to good cause and the stipulation of the parties. The Court finds that the good cause exists for the exclusion of time based upon the reasons set forth in the parties' stipulation, and that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 6, 2017

_____
SENIOR DISTRICT JUDGE