DANIEL A. BACON 065099
ANGELICA AMBROSE JORGENSEN 299543
Attorneys at Law
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for RICKY REYNOLDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15 cr 00104 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING, AND ORDER THEREON |
| vs. | DATE: September 11, 2017 |
| RICKY REYNOLDS, | TIME: 10:00 AM |
| Defendant, | DEPT: Hon. Anthony Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing scheduled before Hon. Anthony Ishii for September 11, 2017 at 10:00 AM be continued to November 13, 2017 at 10:00 AM.

It is further stipulated that informal objections to the draft report shall be served on the Probation Department and opposing counsel on or before October 16, 2017.

It is further stipulated that formal objections to the Preliminary Presentence Report and sentencing memoranda shall be filed on or before October 30, 2017.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: July 31, 2017.	PHILLIP TALBERT, United States Attorney

By: /s/ Duce Rice
DUCE RICE, Assistant United States Attorney
Attorney for Plaintiff

STIPULATION TO CONTINUE SENTENCING,
AND ORDER THEREON								1

Dated: July 31, 2017.   /s/ Daniel A. Bacon
　　　　　　　　　　　　　　　DANIEL A. BACON, Attorney for Defendant

### ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: _____

　　　　　　　　　　　　　　　ANTHONY W. ISHII
　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　Eastern District of California