1  Michael McKneely (State Bar No. 214896)
   McKNEELY LAW FIRM
2  2300 Tulare Street, Suite 115
   Fresno, California 93721
3  Telephone: (559) 443-7442
   Facsimile: (559) 860-0150
4  mike@fresnocriminalattorney.com

5  Attorney for Defendant
   KEITH FOSTER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.    1:15-CR-00104-AWI-SKO

12            Plaintiff ,             **STIPULATION FOR EXTENSION OF
                                      TIME TO FILE MOTIONS AND
13        v.                          CONTINUANCE OF STATUS
                                      CONFERENCE**
14  KEITH FOSTER,

15            Defendant .

16

17        The Defendant KEITH FOSTER, through counsel Michael McKneely, and the

18  United States of America, through Assistant United States Attorneys Melanie L.

19  Alsworth and Dawrence W. Rice, Jr., stipulate that good cause exists for the Court to

20  extend the deadline to file defense motions because defense counsel is beginning a trial

21  in Fresno County Superior Court on August 14, 2017, and it is anticipated that the trial

22  will last four (4) weeks. Defendant maintains this extension will provide adequate time

23  for preparation and filing of defense motions.  The parties further stipulate:

24        The due date for defendant's motions for judgment of acquittal under Rule 29

25  and for new trial under Rule 33 should be extended to September 8, 2017;

26        The government's response should be filed no later than September 29, 2017; and

27        The Defendant's reply should be filed on or before October 5, 2017.

28        The Motions hearing and status conference currently set for September 11, 2017

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

1   at 10:00 a.m. should be rescheduled for October 10, 2017.

2       Due to the modification of the motion schedule, the parties stipulate that the

3   sentencing hearing currently scheduled for October 10, 2017 should be postponed to

4   November 13, 2017 at 10:00 a.m.  The defendant maintains that the rescheduling of the

5   sentencing hearing to November 13, 2017, provides adequate time for the defendant to

6   prepare for the sentencing hearing, including but not limited to the preparation and

7   filing of informal and formal objections and a sentencing memorandum, if desired.

8       The parties agree that no further extension of the sentencing hearing is

9   warranted, absent a showing of exceptional cause.

10      Counsel further stipulate that the time from May 23, 2017 until October 10, 2017

11  should be excluded under the provisions of the Speedy Trial Act.

12

13  DATED: August 10, 2017          McKNEELY LAW FIRM

14

15                                  By:  /s/ Michael McKneely

16                                       Michael McKneely
                                         Attorneys for Keith Foster

17

18

19  DATED: August 11, 2017          PHILLIP A. TALBERT
                                    United States Attorney
20

21

22                                  By:  /s/Melanie L. Alsworth (with
                                         authorization)
23                                       Melanie L. Alsworth
                                         Assistant United States Attorney
24

25

26

27      Pursuant to the stipulation of the parties prior to the current deadline, and good

28  cause having been shown, the Court hereby ORDERS that the deadline to file defense

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

1  motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 be

2  extended to on or before September 8, 2017, pursuant to Rule 45(b)(1)(A).

3      The government's response is due on or before September 29, 2017, and the

4  Defendant's reply is due on or before October 5, 2017.

5      The status conference currently set for September 11, 2017 at 10:00 a.m. is

6  vacated.  Motions will be heard and a status conference held on October 10, 2017 at

7  10:00 a.m.

8      Sentencing will be conducted on November 13, 2017 at 10:00 a.m.

9      It is further ordered that time is excluded from May 23, 2017 until October 10,

10  2017 pursuant to good cause and the stipulation of the parties.

11

12  **IT IS SO ORDERED**

13  Dated: _____

14      _____
    Honorable Anthony W. Ishii
    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150