Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>    Defendant. | Case No. 1:15-CR-00104-AWI-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS AND CONTINUANCE OF STATUS CONFERENCE** |

The Defendant KEITH FOSTER, through counsel Michael McKneely, and the United States of America, through Assistant United States Attorneys Melanie L. Alsworth and Dawrence W. Rice, Jr., stipulate that good cause exists for the Court to extend the deadline to file defense motions because defense counsel is beginning a trial in Fresno County Superior Court on August 14, 2017, and it is anticipated that the trial will last four (4) weeks. Defendant maintains this extension will provide adequate time for preparation and filing of defense motions. The parties further stipulate:

The due date for defendant's motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 should be extended to September 8, 2017;

The government's response should be filed no later than September 29, 2017; and

The Defendant's reply should be filed on or before October 5, 2017.

The Motions hearing and status conference currently set for September 11, 2017

at 10:00 a.m. should be rescheduled for October 10, 2017.

Due to the modification of the motion schedule, the parties stipulate that the sentencing hearing currently scheduled for October 10, 2017 should be postponed to November 13, 2017 at 10:00 a.m. The defendant maintains that the rescheduling of the sentencing hearing to November 13, 2017, provides adequate time for the defendant to prepare for the sentencing hearing, including but not limited to the preparation and filing of informal and formal objections and a sentencing memorandum, if desired.

The parties agree that no further extension of the sentencing hearing is warranted, absent a showing of exceptional cause.

Counsel further stipulate that the time from May 23, 2017 until October 10, 2017 should be excluded under the provisions of the Speedy Trial Act.

DATED: August 10, 2017          McKNEELY LAW FIRM


                                By:  /s/ Michael McKneely
                                     Michael McKneely
                                     Attorneys for Keith Foster


DATED: August 11, 2017          PHILLIP A. TALBERT
                                United States Attorney


                                By:  /s/Melanie L. Alsworth (with authorization)
                                     Melanie L. Alsworth
                                     Assistant United States Attorney


Pursuant to the stipulation of the parties prior to the current deadline, and good cause having been shown, the Court hereby ORDERS that the deadline to file defense

motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 be extended to on or before September 8, 2017, pursuant to Rule 45(b)(1)(A).

The government's response is due on or before September 29, 2017, and the Defendant's reply is due on or before October 5, 2017.

The status conference currently set for September 11, 2017 at 10:00 a.m. is vacated. Motions will be heard and a status conference held on October 10, 2017 at 10:00 a.m.

Sentencing will be conducted on November 13, 2017 at 10:00 a.m.

It is further ordered that time is excluded from May 23, 2017 until October 10, 2017 pursuant to good cause and the stipulation of the parties.

IT IS SO ORDERED.

Dated: August 11, 2017

_____
SENIOR DISTRICT JUDGE

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150