| | |
|---|---|
| 1 | Michael McKneely (State Bar No. 214896) |
| | McKNEELY LAW FIRM |
| 2 | 2300 Tulare Street, Suite 115 |
| | Fresno, California 93721 |
| 3 | Telephone: (559) 443-7442 |
| | Facsimile: (559) 860-0150 |
| 4 | mike@fresnocriminalattorney.com |
| 5 | Attorney for Defendant |
| | KEITH FOSTER |

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:15-CR-00104-AWI-SKO |
|---|---|
| Plaintiff, | **STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| KEITH FOSTER, | |
| Defendant. | |

The Defendant KEITH FOSTER, through counsel Michael McKneely, and the United States of America, through counsel Melanie Alsworth stipulate that good cause exists for the Court to temporarily modify KEITH FOSTER's Conditions of Release (Docket 23) as follows:

1. KEITH FOSTER will be permitted to attend his sister Barbara Carter's 70th birthday celebration on August 19, 2017, despite the fact that co-defendant Randy Flowers will also be in attendance.

2. Mr. FOSTER's attendance at this one event will not constitute a violation of term 7(e) of the Conditions of Release on this sole occasion provided Mr. FOSTER and Mr. Flowers do not discuss this case or any co-defendants.

3. The Conditions of Release remain in full force and effect save for this temporary modification for August 19, 2017.

<s>STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE     -1-</s>

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

DATED: August 16, 2017    McKNEELY LAW FIRM

By: /s/ Michael McKneely
Michael McKneely
Attorneys for Keith Foster

DATED: August 17, 2017    PHILLIP A. TALBERT
United States Attorney

By: /s/ Melanie Alsworth (with authorization)
Melanie Alsworth
Assistant United States Attorney

Pursuant to the stipulation of the parties, and good cause having been shown, the Court hereby ORDERS that KEITH FOSTER's Conditions of Release (Docket 23) are temporarily modified as follows:

1. KEITH FOSTER will be permitted to attend his sister Barbara Carter's 70th birthday celebration on August 19, 2017, where co-defendant Randy Flowers is also expected to be in attendance.

2. Mr. FOSTER's attendance at this one event will not constitute a violation of term 7(e) of the Conditions of Release on this sole occasion provided Mr. FOSTER and Mr. Flowers do not discuss this case or any co-defendant.

The Conditions of Release remain in full force and effect save for this temporary modification for August 19, 2017.

IT IS SO ORDERED.

Dated: August 17, 2017    _____
SENIOR DISTRICT JUDGE