Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00104-AWI-SKO |
|---|---|
| Plaintiff, | **KEITH FOSTER'S FINAL MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS FOR ACQUITTAL OR NEW TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MICHAEL McKNEELY** |
| v. | |
| KEITH FOSTER, | |
| Defendant. | **[Fed. R. Crim. Pro. 45(b)(1)(A)]** |

Defendant's new counsel, retained after the completion of his trial, respectfully requests a final extension of time to prepare motions for post-trial relief of acquittal or new trial under Rules 29 and 33 of the Federal Rules of Criminal Procedure from September 8, 2017. This Motion is made under Rule 45, subdivision (b)(1)(A) of the Federal Rules of Criminal Procedure. Though the Court has granted two previous stipulated continuances, counsel requires additional time and respectfully submits that good cause exists to grant this final request as outlined in the supporting Declaration of Michael McKneely.

////
////
////
////

KEITH FOSTER'S FINAL MOTION FOR EXTENSION OF TIME           -1-

DATED: September 6, 2017          McKNEELY LAW FIRM

                                  By: /s/ Michael McKneely
                                      Michael McKneely
                                      Attorneys for Keith Foster

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

## **MEMORANDUM OF POINTS AND AUTHORITIES**

After his conviction at trial, Mr. Foster retained new counsel to review the trial transcripts and evidence to determine whether motions for acquittal or new trial were appropriate. Counsel has completed his review of the trial transcripts and evidence produced at trial and determined that a Rule 29 motion for acquittal is appropriate, as is a Rule 33 motion for new trial.

The Court has previously granted two stipulated continuances to permit counsel to obtain the transcripts and to have additional time while counsel was otherwise engaged in a different multi-party trial in state court. Counsel has worked diligently, but due to the volume of material in this case, encompassing dozens of CDs and DVDs, multiple separate hard drives, and over 52,000 pages of materials, and for other reasons discussed in counsel's supporting declaration, the defense is requesting additional time to complete these motions.

Rule 45, subdivision (b)(1)(A), of the Federal Rules of Criminal Procedure authorizes the Court to extend time on a finding of good cause. Because of the magnitude of information in this case, as well as the investigation counsel believes is required by the standard of care into extraneous information that may have been before the jury, counsel believes good cause exists. The defense respectfully requests a final 30 day extension of time from the current deadline of September 8, 2017.

DATED: September 6, 2017          McKNEELY LAW FIRM


                                   By: /s/ Michael McKneely
                                       Michael McKneely
                                       Attorneys for Keith Foster

KEITH FOSTER'S FINAL MOTION FOR EXTENSION OF TIME                    -3-

# DECLARATION OF MICHAEL McKNEELY

I, Michael McKneely declare:

1. I am an attorney at law, duly admitted to practice in the United States District Court for the Eastern District of California, and I am counsel for Defendant Keith Foster.

2. Since my retention as new counsel for Mr. Foster, I have worked diligently to secure and review the transcript of Mr. Foster's trial and to listen to the recordings placed into evidence.

3. Despite my best efforts, and due to intervening obligations on many other matters, and the sudden resignation of my assistant two weeks ago, I have only in the past week completed my review of the transcripts and the recordings. I now need to review summaries of the 52,000 pages of discovery and hundreds of hours of recordings in order to evaluate whether trial counsel performed effectively in defending Mr. Foster.

4. In consultation with seasoned federal defense attorneys, and after review of the transcripts, it is also now apparent to me that the standard of care requires me to seek to interview the trial jurors regarding the extraneous and prejudicial information injected into the trial by an article that appeared in the *Fresno Bee*, which became an issue addressed by each side thereafter with several witnesses and in closing argument. See Motion to Unseal Juror Information filed concurrently with this request.

5. Counsel believes that 30 additional days will be sufficient time to complete the preparation of the contemplated motions.

6. Although free from trial in other matters until October 23, 2017, I am out of the jurisdiction handling a motion for new trial and a sentencing in a child exploitation enterprise trial I conducted in the Eastern District of Michigan back in March and April of this year. Sentencing in that matter is next week and my sentencing brief is due Thursday September 7, 2017. After being out of the office for that matter next week, I believe, in between numerous other appearances, that I will have sufficient additional time in the next 30 days to complete the tasks at hand and therefore will not

seek any additional time beyond that which I am currently requesting.

Dated: September 6, 2017 /s/ Michael McKneely

MICHAEL McKNEELY