IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00104-AWI-SKO |
|---|---|
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| KEITH FOSTER, | |
| Defendant. | |

The Defendant Keith Foster, through counsel Michael McKneely, has filed a Motion for Extension of Time (Final) to File Post-Trial Motions (Docket number 266), and a Motion to Unseal Juror Information (Docket number 267.)

The Court, having reviewed the Defendant's Motion for Extension of Time, and the filings and evidence in this case, finds good cause to grant the Defendant's Motion for Extension of Time. The Court hereby orders the following:

1. Argument on Defendant's Motion to Unseal Juror Information and a status conference will be held on October 10, 2017, at 10:00 a.m. The government's response is due on or before September 29, 2017 and the Defendant's reply is due on or before October 5, 2017.

2. The deadline to file defense motions for judgment of acquittal under Rule 29 and for new trial under Rule 33 will be October 13, 2017, or 30 days from the unsealing of juror identification information should the Court grant that motion.

3. The deadline for the government's response and the defendant's reply briefs for the Rule 29 and 33 motions will be established at the hearing on October 10, 2017.

4. A hearing date on Defendant's motions for acquittal and new trial will be

SCHEDULING ORDER -1-

established at the hearing on October 10, 2017.

    5.    The sentencing date of November 13, 2017 at 10:00 a.m. is vacated and will be reset at the hearing on October 10, 2017.

**IT IS SO ORDERED**

Dated: _____

                                              Honorable Anthony W. Ishii
                                              United States District Court Judge