Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>  Defendant. | Case No.   1:15-CR-00104-AWI-SKO<br><br>**KEITH FOSTER'S REPLY BRIEF IN SUPPORT OF FINAL MOTION FOR EXTENSION OF TIME**<br>**[Fed. R. Crim. Pro. 45(b)(1)(A)]** |

Defendant's new counsel has requested a final extension of time to prepare Motions for New Trial and for Acquittal in a case with 52,000 pages and hundreds of hours of recorded discovery. Despite counsel's best efforts, counsel is unable to meet today's deadline. The government is correct, counsel did sign stipulations that included government demanded language about previous extensions being adequate, but the fact of the matter is they were not. Defendant continues to need a final extension to prepare adequate briefing for this Court.

DATED: September 6, 2017                    McKNEELY LAW FIRM


                                By:  /s/ Michael McKneely
                                     Michael McKneely
                                     Attorneys for Keith Foster

KEITH FOSTER'S REPLY BRIEF IN SUPPORT OF FINAL MOTION                    -1-
FOR EXTENSION OF TIME

## DECLARATION OF MICHAEL McKNEELY

I, Michael McKneely declare:

1. I am an attorney at law, duly admitted to practice in the United States District Court for the Eastern District of California, and I am counsel for Defendant Keith Foster.

2. Counsel requested and received an initial extension of time to *obtain* the transcripts of Mr. Foster's trial.

3. Once the transcripts were obtained, counsel began to review them as well as prepare for a court-appointed multi-defendant state trial that had to begin trial in August.

4. I believed the multi-defendant trial would settle in the trial court. It did not. Counsel was engaged therefore in preparing and conducting a trial.

5. During that trial I initiated contact with the prosecutors to request a second extension because of that trial. The government "reluctantly" agreed but insisted on language in the stipulation that counsel has had adequate time to prepare. I felt compelled to sign that stipulation.

6. I have just this week completed my review of the trial transcript and have uncovered additional issues that I believe the standard of care requires me to investigate and brief in these motions, and I am unable to do so effectively, and thus effectively represent Mr. Foster, if the Court does not grant this final extension.

7. Counsel has diligently worked on this matter but also has a practice involving several other cases, including a federal matter in Michigan for which a sentencing brief was due yesterday and that I will have to travel to Michigan for next week for motions and sentencing.

8. Complicating preparation was the unexpected resignation of my sole staff person two weeks ago.

9. I believe, in between numerous other appearances, that I will have sufficient additional time in the next 30 days to complete the tasks at hand and

therefore will not seek any additional time beyond that which I am currently requesting.

10. Counsel is mindful of the Court's and of the government's time. The volume of materials in this case is overwhelming though, and counsel believes this request is reasonable under the circumstances represented in this Motion.

Dated: September 8, 2017 /s/ Michael McKneely

MICHAEL McKNEELY

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150