UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00104-AWI-SKO-1 |
| Plaintiff, | |
| v. | ORDER TEMPORARILY EXTENDING TIME TO FILE RULE 29 AND RULE 33 MOTIONS TO SEPTEMBER 15, 2017 |
| KEITH FOSTER, | |
| Defendant. | |

Following a jury trial, Defendant Keith Foster was convicted of two drug trafficking conspiracies. New counsel was substituted for Foster, and the Government agreed to allow new counsel time to review the records and transcripts and to file Rule 29 and Rule 33 motions.

On August 11, 2017, the court approved a stipulation that moved the sentencing date to November 13, 2017, moved a status conference date to October 10, 2017, and set a briefing schedule for Rule 29 and Rule 33 motions. See Doc. No. 259. Per the stipulation, Defendant was to file Rule 29 and Rule 33 motions on September 8, 2017. See id. The stipulation also stated that the parties agreed that no further extensions of the sentencing hearing would be warranted, absent exceptional circumstances. See id.

On September 6, 2017, defense counsel filed a "final" request for an extension of time to file Rule 29 and Rule 33 motions. See Doc. No. 266. The motion explains that two previous extensions of time have been granted, but due to other trial commitments, the volume of materials

1

in this case, and a possible issue regarding improper jury influence, an additional 30 days is needed in order to file the Rule 29 and Rule 33 motions.  See id.

Also on September 6, 2017, defense counsel filed a motion to unseal juror information in order to investigate the possible improper influence of a newspaper article on the jury.  See Doc. No. 267.

The Government has filed an opposition to Defendant's motions.  See Doc. No. 269.

Federal Rule of Criminal Procedure 45(b) provides in part that "[w]hen an act must or may be done within a specified period, the court on its own may extend the time . . . ."  Given the September 8 deadline for filing Rule 29 and Rule 33 motions, and the issues raised by the parties, the court finds that it is appropriate to extend the September 8 filing deadline by one week at this time so that Defendant's motions may be properly considered and ruled upon.

Accordingly, IT IS HEREBY ORDERED that:

1.    Pursuant to Federal Rule of Criminal Procedure 45(b)(1), the September 8, 2017 deadline is EXTENDED to September 15, 2017; and

2.    Defendant's motion for an extension of time and motion to unseal jury information remain pending.

IT IS SO ORDERED.

Dated:    **September 8, 2017**

_____
UNITED STATES DISTRICT JUDGE