Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00104-AWI-SKO |
|---|---|
| Plaintiff, | **KEITH FOSTER'S SENTENCING MEMORANDUM** |
| v. | |
| KEITH FOSTER, | Date: November 13, 2017<br>Time: 10:30 am<br>Judge: Honorable Anthony Ishii |
| Defendant. | |

Keith Foster was not just a civil servant, he was and is a community leader. Large portions of the West Fresno community have and continue to look to Keith for guidance, support, and understanding with ongoing issues of police/community relations. The large numbers of letters this Court has received are a testament to his role in the community. Keith has a wealth of knowledge, education, and training that he can continue to use to help others. The lengthy prison sentence requested by the government is greater than necessary to promote the purposes of the law. Instead this Court should sentence Keith to five months of imprisonment followed by supervised release with a five month term of community confinement in a halfway house or home detention. This sentence is more than sufficient, especially when combined with the consequences he has already suffered because of this matter, to address the purposes of the sentencing law. This sentence will also allow Keith to continue to put his skills to

work for the benefit of our community.

## **GUIDELINE RANGE AND REQUEST FOR DEPARTURE**

As we have addressed in our Formal Objections (docket 282), the defense believes the actual guideline range for the offenses of conviction is 10 to 16 months. Should the Court conclude otherwise, we respectfully request a downward departure to this guideline range. A lower level term of 10 months can and should be split to permit five months of incarceration followed by Supervised Release with community confinement.

## **SUFFICIENT SENTENCE 18 U.S. CODE SECTION 3553**

10 months is sufficient, and not greater than necessary, to reflect the seriousness of the offense, deter criminal conduct, and protect the public. Keith Foster was a highly respected police officer rising through the ranks of the Fresno Police Department when these offenses cost him his career and reputation. He has been publically castigated. Little else needs to be done to deter any future criminal conduct on his part or to protect the public. 10 months in custody reflects the seriousness of the offense, but also takes into account the consequences already received. As a former police officer his time in custody is likely to be more challenging than if he were a regular inmate. This Court should take this into account.

Keith Foster can continue to contribute to our community. The requested sentence punishes him for the offenses of conviction, promotes the fair application of the law to all citizens, and takes into account the punishment he has already received. But it also allows him to reintegrate into the community and use his talents for the public good. We respectfully request the Court order five months of imprisonment followed by supervised release with five months of community or home confinement.

////
////
////
////

DATED: November 8, 2017        McKNEELY LAW FIRM


                               By:  s/ *Michael McKneely*
                                    Michael McKneely
                                    Attorneys for Keith Foster