Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEITH FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KEITH FOSTER,<br><br>        Defendant. | Case No.   1:15-CR-00104-AWI-SKO<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Keith Foster, defendant in this matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on November 14, 2017.

DATED: November 21, 2017        McKNEELY LAW FIRM


                                       By:  s/ *Michael McKneely*
                                                Michael McKneely
                                                Attorneys for Keith Foster

Notice of Appeal