CAED 435 (Rev. 03/15)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
DUE DATE:

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Michael McKneely | mike@fresnocriminalattorney.com | 559-443-7442 | 11-28-2017 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 2300 Tulare Street, Suite 115 | Fresno | CA | 93721 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 1:15-cr-00104-AWI-SKO | Ishii | 11. FROM 3-27-2015 | 12. TO 11-13-2017 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA v. Keith Foster | 14. CITY Fresno | 15. STATE California |

**16. ORDER FOR**

- [✓] APPEAL No. 17-10496
- [✓] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) You must provide the name of the Reporter.

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Initial Appearance | 3-27-2015 | K. Hooven |
| [ ] OPENING STATEMENTS | | | Arraignment | 4-10-2015 | ECRO |
| [ ] CLOSING ARGUMENTS | | | First Status Conference | 6-29-2015 | K. Hooven |
| [ ] JURY INSTRUCTIONS | | | Second Status Conference | 10-19-2015 | K. Hooven |
| [✓] Trial Confirmation | 4-17-2017 | Peggy Crawford | Third Status Conference | 2-1-2016 | ECRO |
| [✓] Fifth Status Conference | 9-19-2016 | ECRO | Fourth Status Conference | 6-20-2016 | ECRO |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ✓ | ✓ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| s/ Michael McKneely | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 11-28-2017 | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |