```
 1                UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF CALIFORNIA

 3

 4 UNITED STATES OF AMERICA,    )  Case No. 15CR00104-AWI-SKO
                                )
 5            Plaintiff,        )  Fresno, California
                                )
 6 vs.                          )  Monday,
                                )  February 1, 2016
 7 KEITH FOSTER, et al.,        )  1:00 p.m.
                                )
 8            Defendants.       )
   _____)
 9

10            TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE SHEILA K. OBERTO
11              UNITED STATES MAGISTRATE JUDGE

12 APPEARANCES:

13 For the Plaintiff:           MELANIE L. ALSWORTH, ESQ.
                                Office of the United States
14                                Attorney
                                2500 Tulare Street
15                              Suite 4401
                                Fresno, California 93721
16                              (559) 497-4098

17 For the Defendant:           YAN E. SHRAYBERMAN, ESQ.
                                Law Offices Of Yan E.
18                                Shrayberman
                                Post Office Box 506
19                              Fresno, California 93709
                                (559) 779-2315
20
   For Ricky Reynolds:          DANIEL A. BACON, ESQ.
21                              2445 Capitol Street
                                Suite 160A
22                              Fresno, California 93721
                                (559) 412-4420
23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

```
 1 APPEARANCES:  (Cont'd.)

 2 For Keith Foster:           EDWARD MARSHALL HODGKINS III,
                                  ESQ.
 3                             Law Offices of E. Marshall
                                  Hodgkins III
 4                             1186 West Shaw, Suite 103
                               Fresno, California 93711
 5                             (559) 248-0900

 6 For Iran Denny Foster:      MARK A. BROUGHTON, ESQ.
                               Hammerschmidt Broughton Law
 7                                Corporation
                               2445 Capitol Street
 8                             Suite 150
                               Fresno, California 93721
 9                             (559) 233-5333

10 For Jennifer Donabedian:    ERIC K. FOGDERUDE, ESQ.
                               Fletcher & Fogderude, Inc.
11                             5412 North Palm Avenue
                               Suite 101
12                             Fresno, California 93704
                               (559) 431-9710
13
   For Rafael Guzman:          SALVATORE SCIANDRA, ESQ.
14                             Law Offices of Salvatore
                                  Sciandra
15                             4947 North Fresno Street
                               Suite 551
16                             Fresno, California 93726
                               (559) 233-1000
17
   Transcriber:                Crystal Thomas
18                             Echo Reporting, Inc.
                               4455 Morena Boulevard
19                             Suite 104
                               San Diego, California 92117
20                             (858) 453-7590

21

22

23

24

25
```

1

1    FRESNO, CALIFORNIA  MONDAY, FEBRUARY 1, 2016  1:00 PM
2                        --oOo--
3         THE COURT:  Calling the ninth matter on calendar,
4 United States versus Keith Foster, Randy Flowers, Iran Dennis
5 Foster, Jennifer Donabedian, Rafael Guzman, and Ricky
6 Reynolds, case number 15CR00104.
7         If we can please have the parties' appearances.
8         MR. SHRAYBERMAN:  Good afternoon, your Honor.  Yan
9 Shrayberman on behalf of Randy Flowers who is present, out of
10 custody.
11        THE COURT:  Good afternoon to you, Mr. Shrayberman.
12 And where is Mr. Flowers?
13        Good afternoon to you, Mr. Flowers.
14        Yes.  Mr. Bacon?
15        MR. BACON:  Good afternoon, your Honor.  Dan Bacon
16 for Ricky Reynolds whose presence has been waived.
17        THE COURT:  Thank you.  Good afternoon to you, Mr.
18 Bacon.
19        Mr. Hodgkins?
20        MR. HODGKINS:  Good afternoon, your Honor.
21 Marshall Hodgkins on behalf of Keith Foster, who is to my
22 left.
23        THE COURT:  Good afternoon to you, Mr. Hodgkins.
24        And good afternoon to you, Mr. Foster.
25        Mr. Broughton?

```
 1            MR. BROUGHTON:  Yes, Mark Broughton on behalf of
 2 Iran Denny Foster.  He's present here in the beige-colored
 3 coat.
 4            THE COURT:  Good afternoon to you, Mr. Broughton.
 5            Good afternoon to you, Mr. Foster.
 6            MR. FOGDERUDE:  Yes.  Good afternoon, your Honor.
 7 Eric Fogderude appearing in court with Jennifer Donabedian.
 8 She is present right behind me.
 9            THE COURT:  Good afternoon, Mr. Fogderude.
10            Good afternoon to you, Ms. Donabedian.
11            MR. SCIANDRA:  Good afternoon, your Honor.
12 Salvatore Sciandra appearing on behalf of Rafael Guzman, who
13 is not present, and frankly I'm -- he doesn't have a --
14            THE COURT:  Waiver.  According to --
15            MR. SCIANDRA:  Oh, there's a waiver.  Well, then
16 I'm not baffled.  Thank you.
17            THE COURT:  Thank you.  Good afternoon to you, Mr.
18 Sciandra.
19            And on behalf of the United States?
20            MS. ALSWORTH:  Melanie Alsworth representing the
21 United States, your Honor.
22            THE COURT:  Good afternoon, Ms. Alsworth.
23            This is our third status conference, and we
24 continued the 10/19 status conference because Mr. Sciandra
25 had been recently appointed.  So where are we today and what
```

3

1 remains to be done in this case?
2            MS. ALSWORTH: Your Honor, if I may advise the
3 Court. We do have supplemental discovery that will be going
4 out, probably over the next four to six weeks. There were
5 multiple electronic devices that were seized when the
6 warrants were executed in this case, and it's taken some time
7 for the agents to kind of go through that and make the
8 searches and do what they need to do.
9            I may at some point be asking the defense counsel
10 to provide hard drives so that we can give that information
11 to them. I'm not sure at this point how much data it
12 actually is.
13           But that will be forthcoming, along with several
14 plea agreements that I still need to send out to defense
15 counsel. And we will also be supplementing some of the
16 transcripts that have already been provided from the
17 wiretaps.
18           THE COURT: Can you give us an idea of how much
19 time this will all take so the defense counsel can determine
20 how much time they would like to review the information.
21           MS. ALSWORTH: Yes, your Honor. I've discussed
22 this briefly with them, and I do think it's going to be a
23 substantial amount of supplemental discovery. I would
24 suggest four months to give the Government time to get it to
25 defense counsel and enough time for them to review it.

```
 1              THE COURT:  It is February 1st today.  Would --
 2              MS. ALSWORTH:  We were thinking mid-June, possibly.
 3              THE COURT:  June 6th, is that acceptable?  Or I can
 4  set it for June 20th.  Which date would the parties prefer?
 5              MR. FOGDERUDE:  June 20th would be more convenient
 6  with my schedule, your Honor.
 7              MR. HODGKINS:  And I would prefer that also.  I
 8  would simply say, on behalf of Mr. Foster, I continue to wade
 9  through what we already have.  So to have additional
10  discovery, I will only tell the Court I will try to be as
11  diligent as I can when we come back on June 20th, depending
12  upon when we get that.
13              THE COURT:  Would you like me to set it over until
14  July?
15              MR. HODGKINS:  Well, my problem is, I don't want to
16  get in a position -- I can tell you what I've done on the
17  case, but I don't want to get in the position where, "Well,
18  Mr. Hodgkins, I gave you into July.  Now let's rock and
19  roll."
20              THE COURT:  Right.
21              MR. HODGKINS:  I can't do that.  So June 20th is
22  fine, but it continues to be a process.
23              THE COURT:  Understood.
24              Why don't I have each counsel please set forth your
25  position with respect to exclusion of time on behalf of your
```

```
 1 client for the June 20th hearing date.
 2          Let's start with you, Mr. Sciandra.
 3          MR. SCIANDRA:  Your Honor, we agree to the
 4 exclusion of time for June 20th.  I may not be available on
 5 June 20th, but I'm sure I can have somebody appear for me on
 6 that date.
 7          THE COURT:  Thank you very much.
 8          Mr. Bacon?
 9          MR. BACON:  Thank you, your Honor.  On behalf of
10 Ricky Reynolds, June 20th is fine and we'd waive any time.
11          THE COURT:  Okay.  Thank you very much.
12          Mr. Broughton?
13          MR. BROUGHTON:  Yes.  On behalf of Denny Foster, we
14 agree with the exclusion of time, and June 20th is fine.
15          THE COURT:  Thank you very much.
16          And Mr. Fogderude?
17          MR. FOGDERUDE:  Yes.  On behalf of Ms. Donabedian,
18 we agree to exclusion of time through and including June
19 20th.
20          THE COURT:  Okay.  And Mr. Hodgkins?
21          MR. HODGKINS:  We also agree.
22          THE COURT:  Mr. Shrayberman?
23          MR. SHRAYBERMAN:  Your Honor, the 20th is fine with
24 my client.
25          THE COURT:  And do you have any objection to
```

6

1  exclusion of time?
2          MR. SHRAYBERMAN:  No, your Honor.
3          THE COURT:  Thank you very much.
4          The next status conference will be on June 20, 2016
5  at 1:00 p.m.  Time will be excluded through and including the
6  date of the next hearing to allow the Government to provide
7  discovery, to allow defense counsel to review the discovery
8  with their respective clients, and for the parties to engage
9  in any continued plea negotiations.
10          Is there anything else I can assist the parties
11 with?
12         Thank you very much.
13     (Proceedings concluded.)
14
15
16         I certify that the foregoing is a correct
17 transcript from the electronic sound recording of the
18 proceedings in the above-entitled matter.
19
20 /s/Crystal Thomas                    12/28/17
   Transcriber, AAERT CERT *654        Date
21
22 FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
23
24 /s/L.L. Francisco
   L.L. Francisco, President
25 Echo Reporting, Inc.