UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. SHEILA K. OBERTO, MAGISTRATE JUDGE

UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )  No. 15-CR-104-AWI
                                )
vs.                             )  FIRST STATUS CONFERENCE
                                )
KEITH FOSTER, RANDY FLOWERS,    )
IRAN DENNIS FOSTER, JENNIFER    )
DONABEDIAN, RAFAEL GUZMAN       )
SARAH YBARRA and RICKY          )
REYNOLDS,                       )
                                )
         Defendants.            )
_____)

Fresno, California                 Monday, June 29, 2015

REPORTER'S TRANSCRIPT OF PROCEEDINGS

KAREN HOOVEN, RMR-CRR

Official Court Reporter

CSR No. 5816

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the Plaintiff: | United States Attorney's Office<br>BY: **MELANIE ALSWORTH**<br>and **DAWRENCE RICE**<br>2500 Tulare Street<br>Suite 4401<br>Fresno, California 93721 |
| For the Defendant<br>Keith Foster: | **MARSHALL HODGKINS**<br>Attorney at Law<br>1186 West Shaw<br>Suite 103<br>Fresno, California 93711 |
| For the Defendant<br>Randy Flowers: | **YAN SHRAYBERMAN**<br>Attorney at Law<br>PO Box 506<br>Fresno, California 93709 |
| For the Defendants<br>Iran Dennis Foster: | **RICHARD A. BESHWATE**<br>Attorney at Law<br>2014 Tulare Street<br>Suite 414<br>Fresno, California 93721 |
| For the Defendant<br>Jennifer Donabedian: | Fletcher & Fogderude<br>BY: **ERIC FOGDERUDE**<br>5412 North Palm Avenue<br>Suite 101<br>Fresno, California 93704 |
| For the Defendant<br>Rafael Guzman: | Federal Defender's Office<br>BY: **PEGGY SASSO**<br>2300 Tulare Street<br>Suite 330<br>Fresno, California 93721 |
| For the Defendant<br>Sarah Ybarra: | **RICHARD A. BESHWATE**<br>Attorney at Law<br>2014 Tulare Street<br>Suite 414<br>Fresno, California 93721 |
| For the Defendant<br>Ricky Reynolds: | Law Offices of Daniel Bacon<br>BY: **ANGELICA AMBROSE**<br>2445 Capitol Street<br>Suite 160A<br>Fresno, California 93721 |

| | |
|---|---|
| 1 | Monday, June 29, 2015                                Fresno, California |
| 2 | 1:26 p.m. |

3      THE COURT: Calling the last matter on the status conference calendar. Case number 15-CR-104. United States versus Keith Foster, Randy Flowers, Iran Dennis Foster, Jennifer Donabedian, Rafael Guzman, Sarah Ybarra and Ricky Reynolds. If we can please have the parties appearances.

     MS. ALSWORTH: Melanie Alsworth appearing for the government. And Duce Rice is present also.

     THE COURT: Good afternoon, Ms. Alsworth and Mr. Rice.

     MR. BESHWATE: Richard Beshwate. I represent Sarah Ybarra. She's present in court in custody standing at the back there.

     THE COURT: Good afternoon, Mr. Beshwate. And good afternoon to you, Ms. Ybarra.

     MS. SASSO: Peggy Sasso on behalf of Rafael Guzman, who has a Rule 43 waiver on file for his presence.

     THE COURT: Good afternoon, Ms. Sasso.

     MR. HAMMERSCHMIDT: Jeff Hammerschmidt standing in for Mark Broughton on behalf of Iran Foster, who is present in the front row on the far right.

     THE COURT: Good afternoon to you, Mr. Beshwate. And good afternoon to you, Mr. Foster.

     DEFENDANT IRAN FOSTER: Good afternoon.

1  　　　　　MR. HAMMERSCHMIDT:  Hammerschmidt.

2  　　　　　THE COURT:  I'm sorry, Mr. Hammerschmidt.

3  　　　　　MS. AMBROSE:  Angelica Ambrose standing in for Dan

4  Bacon appearing on behalf of Ricky Reynolds, whose appearance

5  has been waived.

6  　　　　　THE COURT:  Ms. Ambrose, correct?

7  　　　　　MS. AMBROSE:  Yes.

8  　　　　　THE COURT:  Good afternoon to you.  Mr. Fogderude.

9  　　　　　MR. FOGDERUDE:  Good afternoon, Your Honor.  Eric

10  Fogderude appearing on behalf of Jennifer Donabedian.  She's

11  present in court.

12  　　　　　THE COURT:  Good afternoon to you.  And good

13  afternoon, Ms. Donabedian.  And I will address your motion to

14  withdraw as counsel in a closed proceedings after we're done.

15  　　　　　MR. SHRAYBERMAN:  Yan Shrayberman with Randy Flowers,

16  present out of custody.

17  　　　　　THE COURT:  Good afternoon, Mr. Shrayberman.  And

18  good afternoon to you, sir.

19  　　　　　MR. HODGKINS:  Marshal Hodgkins on behalf of Keith

20  Foster, who is present.

21  　　　　　THE COURT:  Good afternoon, Mr. Hodgkins.  And good

22  afternoon to you, Mr. Foster.

23  　　　　　This is our first status conference.  Has discovery

24  been provided, Ms. Alsworth?

25  　　　　　MS. ALSWORTH:  Your Honor, the government has sent a

1  substantial amount of discovery to the defendants to date.
2  There will be supplemental discovery going out in
3  approximately three weeks. And I hope that we're able to send
4  out the remaining discovery in the case by that time. I think
5  that's it.
6  　　　　　THE COURT: Okay. Given that representation, how
7  much time would the parties like to review the discovery and
8  conduct investigation? And please let me know how much time
9  you need so that you can make sure and accomplish what you
10 need to accomplish before we come back to court.
11 　　　　　MS. SASSO: Sure, Your Honor. The discovery in this
12 case is obviously extremely voluminous. Back in May we
13 provided two terabyte drives to the government to put
14 additional discovery on at the government's request. We're
15 still awaiting that. I assume that's part of what's being
16 provided. So it will be substantial.
17 　　　　　So we talked amongst ourselves and October -- I think
18 October 19th was the date that we thought made sense in terms
19 of what we believe is coming that we're going to have to get
20 through. In addition to obviously what's already been
21 provided, which is substantial.
22 　　　　　MS. ALSWORTH: If I may briefly address the hard
23 drives that were provided. I did receive hard drives from
24 three of the defendants in this case. Upon presenting those
25 to the FBI at their request, they were later told by analysts

in the Sacramento office that they would have to use their own equipment to copy from their hard drive to another hard drive. And so they're going to be providing the hard disks to --

THE COURT: By "they," you mean counsel?

MS. ALSWORTH: No. The government is going to be providing that to the defense on its own equipment. And so that will be coming. I have not yet received those. I hope that it comes so that it will go out within three weeks with the other discovery that I do have in my possession. But as soon as it's received, the defense will get it.

THE COURT: And with that representation, October 19th is a satisfactory date for all the parties. If you can each please let me know your position with respect to exclusion of time. Let me start with you, Mr. Hodgkins.

MR. HODGKINS: Your Honor, on behalf of Keith Foster, we are agreeable to an exclusion of time. If I may just also say, I'm agreeable to October 19th. But the initial discovery was 16,000 plus pages. Which did not include the audios, which are tremendous. So I think October 19th is a good date to keep us on a leash, but I don't know if I can meet your representation of not only getting through that, but also the new discovery by that date.

THE COURT: I will set it for October 19th. Thank you for that representation. If the parties believe that you need additional time, you're welcome to provide me a

1  stipulation. Set forth the reason for it and I'll be happy to
2  review it.
3             MR. HODGKINS: Thank you.
4             THE COURT: You're welcome. Mr. Shrayberman?
5             MR. SHRAYBERMAN: On behalf of Mr. Flowers, we'll
6  agree to that date.
7             THE COURT: To exclusion of time?
8             MR. SHRAYBERMAN: To exclude time as well.
9             THE COURT: Thank you very much. And Mr.
10 Hammerschmidt for Mr. Broughton.
11            MR. HAMMERSCHMIDT: Yes. We'll also agree. Mr. Iran
12 Foster is concerned with his custody status and setting a date
13 that far out.
14            THE COURT: Thank you.
15            MR. HAMMERSCHMIDT: I advised him that we will
16 attempt to set the detention hearing in the near future.
17            THE COURT: Thank you very much. A bail review
18 hearing?
19            MR. HAMMERSCHMIDT: Yes.
20            THE COURT: Thank you. Mr. Fogderude?
21            MR. FOGDERUDE: Yes. On behalf of Ms. Donabedian, we
22 agree to the date that's been proposed and also consent to
23 exclusion of time.
24            THE COURT: Thank you very much. Ms. Sasso?
25            MS. SASSO: Yes, we consent.

1  THE COURT: Thank you. Mr. Beshwate?
2  MR. BESHWATE: Yes, we agree to exclude time.
3  THE COURT: Thank you. And who is -- Ms. Ambrose.
4  MS. AMBROSE: On behalf of Mr. Reynolds, we agree to
5  the date and agree to exclusion of time.
6  THE COURT: Thank you very much. The next status
7  conference will be on October 19th, 2015 at one p.m. Time
8  will be excluded through and including the next -- the date of
9  the next hearing for defense preparation, investigation, any
10 plea negotiations. And I also find that the ends of justice
11 outweigh the interest of defendants and the public in a speedy
12 trial. And if you decide that you need more time to review
13 the discovery and conduct your investigations, I will -- I'll
14 look forward to receiving your stipulation.
15     Is there anything else I can assist the parties with
16 other than addressing Mr. Fogderude's motion to withdraw as
17 counsel?
18  MS. SASSO: No, Your Honor.
19  MS. ALSWORTH: No, Your Honor. Thank you.
20  THE COURT: Thank you very much.
21     And with regard to the motion for withdrawal of
22 counsel. I will ask that the courtroom please be cleared of
23 everyone with the exception of Mr. Fogderude, court personnel
24 and Ms. Donabedian.
25     (Sealed proceedings were held, not transcribed herein.)

9

1         THE COURT:  Thank you.  Ms. Alsworth, we did have

2 proceedings under seal.  And what we will do is contact the

3 Federal Defenders Office and indicate that Ms. Donabedian has

4 completed a financial affidavit and they will contact Mr.

5 Fogderude if he is going to be appointed counsel.

6         MS. ALSWORTH:  Okay.

7         THE COURT:  And if not appointed, counsel will be

8 appointed for Ms. Donabedian as soon as possible and we will

9 contact the Federal Defenders Office today.

10         Is there anything else I can assist the parties with?

11         MR. FOGDERUDE:  No.  Thank you.

12         MS. ALSWORTH:  No, Your Honor.  Thank you.

13         THE COURT:  Thank you.

14    (The proceedings were concluded at 1:38 p.m.)

15

16         I, KAREN HOOVEN, Official Reporter, do hereby certify

17 that the foregoing transcript as true and correct.

18

19 DATED:  28th of December, 2017     /s/  Karen Hooven
                                          KAREN HOOVEN, RMR-CRR

20

21

22

23

24

25