UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH FOSTER,<br><br>Defendant. | No. 1:15-cr-00104-AWI-SKO<br><br>**ORDER ON KEITH FOSTER'S MOTION FOR RECONSIDERATION REGARDING SURRENDER DATE** |

On January 10, 2018, Keith Foster ("Foster") filed his Motion for Reconsideration Regarding Surrender Date ("Motion"). The Motion included the Declaration of Michael McKneely ("McKneely"). Apparently, out of concern that the court's ruling on Foster's Motion for Release Pending Appeal was influenced by the timing of the filing of that motion, McNeely explains in his declaration the reason why that motion was filed on January 8, 2018. The court assures McNeely and Foster that the timing of the filing of that motion had absolutely nothing to do with the court's ruling on the merits of that motion, and Foster suffered no prejudice in that regard. Indeed, that motion was very well drafted and contained a thorough analysis from Foster's perspective of the factual background and legal authority in support of that motion. Thus, because the timing of the filing of that motion had no bearing on the court's prior ruling, it does not constitute a basis for the court to grant reconsideration of its prior ruling denying release pending appeal. Foster has presented no other new or different material facts or circumstances that would warrant reconsideration (See Local Rule 430.1).

In Foster's motion for release pending appeal, Foster included an alternative request to extend his surrender date to March 3, 2018. The court issued an order denying Foster's motion. Implicit in the order denying that motion was a denial of the alternative request to extend his surrender date. To the extent that this was not made clear in that order, the court now makes

1

explicit its denial of that alternative request. The same analysis and reasoning that applied to Foster's motion for release pending appeal applied equally to the alternative request to extend his surrender date. Under the totality of all of the circumstances presented by Foster relating to his alternative request, the court explicitly concludes that Foster's alternative request is denied.

Therefore, Foster's Motion For Reconsideration Regarding Surrender Date is DENIED.

Dated: January 11, 2018

Anthony W. Ishii

Senior United States District Judge