UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. SHEILA K. OBERTO, MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 15-CR-104-AWI |
| vs. | ) | SECOND STATUS CONFERENCE |
| KEITH FOSTER, RANDY FLOWERS, IRAN DENNIS FOSTER, JENNIFER DONABEDIAN, RAFAEL GUZMAN and RICKY REYNOLDS, | ) | |
| Defendants. | ) | |

Fresno, California          Monday, October 19, 2015


REPORTER'S TRANSCRIPT OF PROCEEDINGS


KAREN HOOVEN, RMR-CRR

Official Court Reporter

CSR No. 5816

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the Plaintiff: | United States Attorney's Office<br>BY: **MELANIE ALSWORTH**<br>and **DAWRENCE RICE**<br>2500 Tulare Street<br>Suite 4401<br>Fresno, California 93721 |
| For the Defendant<br>Keith Foster: | **MARSHALL HODGKINS**<br>Attorney at Law<br>1186 West Shaw<br>Suite 103<br>Fresno, California 93711 |
| For the Defendant<br>Randy Flowers: | **YAN SHRAYBERMAN**<br>Attorney at Law<br>PO Box 506<br>Fresno, California 93709 |
| For the Defendants<br>Iran Dennis Foster: | **MARK A. BROUGHTON**<br>Attorney at Law<br>2445 Capitol Street<br>Suite 150<br>Fresno, California 93721 |
| For the Defendant<br>Jennifer Donabedian: | Fletcher & Fogderude<br>BY: **ERIC FOGDERUDE**<br>5412 North Palm Avenue<br>Suite 101<br>Fresno, California 93704 |
| For the Defendant<br>Rafael Guzman: | **SALVATORE SCIANDRA**<br>Attorney at Law<br>4947 North Fresno Street<br>Suite 551<br>Fresno, California 93726 |
| For the Defendant<br>Ricky Reynolds: | Law Offices of Daniel Bacon<br>BY: **ANGELICA AMBROSE**<br>2445 Capitol Street<br>Suite 160A<br>Fresno, California 93721 |

```
 1  Monday, October 19, 2015                        Fresno, California
 2  1:23 p.m.
 3              THE COURT:  Calling the 13th matter on calendar.
 4  United States versus Keith Foster, Randy Flowers, Iran Dennis
 5  Foster, Jennifer Donabedian, Rafael Guzman and Ricky Reynolds.
 6              I think we're ready for the parties' appearances.
 7              MR. HODGKINS:  Good afternoon, Your Honor, Marshall
 8  Hodgkins on behalf of Keith Foster, who is present in court.
 9              THE COURT:  Good afternoon, Mr. Hodgkins.  And good
10  afternoon to you, Mr. Foster.
11              MR. SHRAYBERMAN:  Yan Shrayberman on behalf of Mr.
12  Flowers, who's present behind me.
13              THE COURT:  Good afternoon, Mr. Shrayberman and Mr.
14  Flowers.
15              MR. SCIANDRA:  Good afternoon, Your Honor.  Salvatore
16  Sciandra on behalf of Rafael Guzman, who it's my understanding
17  has a waiver on file.
18              THE COURT:  You are correct.  And good afternoon to
19  you, Mr. Sciandra.
20              MR. BROUGHTON:  Mark Broughton on behalf of Iran
21  Foster, he's present here to my left.
22              THE COURT:  Good afternoon, Mr. Broughton.  Good
23  afternoon, Mr. Foster.
24              MR. FOGDERUDE:  Yes, Your Honor.  Eric Fogderude
25  appearing in court with Jennifer Donabedian.  She's to my
```

1  right.
2       THE COURT:  Good afternoon to you, Mr. Fogderude and
3  Ms. Donabedian.
4       MS. AMBROSE:  Angelica Ambrose appearing for Dan
5  Bacon on behalf of Ricky Reynolds, who's appearance has been
6  waived.
7       THE COURT:  Thank you very much.  Good afternoon to
8  you, Ms. Ambrose.
9       This is our second status conference.  What would the
10 parties like to do?
11      MR. SCIANDRA:  Your Honor, as the Court probably well
12 knows, I've been recently appointed in this case.  There was a
13 conflict with the Federal Defenders Office.  I have been able
14 to begin going through the voluminous discovery in this
15 matter.  Because of my schedule, I would request that another
16 status conference be set in either late January or early
17 February of 2016 if that's agreeable to the other attorneys.
18      THE COURT:  Let me do this.  I'm going to give you
19 two dates and if you could each let me know -- actually, why
20 don't you discuss the dates, see -- let me know which one
21 works for you and if you can please let me know your client's
22 respective positions with respect to exclusion of time.  I can
23 accommodate the next status conference either on the 19th of
24 January or the 1st of February.
25      MR. SCIANDRA:  I can give you the answer without

1 talking to anybody.  It will be the latter, the first of
2 February, Your Honor.
3     THE COURT:  Okay.
4     MR. SCIANDRA:  And as far as Mr. Guzman is concerned,
5 we agree to exclusion of time.
6     THE COURT:  Thank you very much, Mr. Sciandra.
7     MR. HODGKINS:  On behalf of Mr. Foster, we agree to
8 exclusion of time.
9     THE COURT:  Thank you very much, Mr. Hodgkins.  Mr.
10 Shrayberman.
11     MR. SHRAYBERMAN:  Same on behalf of Mr. Flowers.
12     THE COURT:  Thank you, Mr. Shrayberman.  Mr.
13 Broughton?
14     MR. BROUGHTON:  On behalf of Iran Foster, yes.
15     THE COURT:  Thank you very much.  Mr. Fogderude.
16     MR. FOGDERUDE:  Yes, on behalf of Ms. Donabedian, we
17 also agree.
18     THE COURT:  Thank you.  And Ms. Ambrose.
19     MS. AMBROSE:  On behalf of Ricky Reynolds, we agree.
20     THE COURT:  Thank you very much.  The next status
21 conference will be on February 1st, 2016 at one p.m.  Time
22 will be excluded through and including the date of the next
23 hearing for defense preparation, investigation, for any
24 continued plea negotiations and I'll also find that the ends
25 of justice outweigh the interest of the defendants and the

1  public in a speedy trial.
2       Is there anything else I can assist the parties with?
3       MR. HODGKINS: No, Your Honor.
4       THE COURT: You know, I did not allow the United
5  States to make their presence. So yes.
6       MS. ALSWORTH: Just for purposes of the record, Your
7  Honor, Melanie Alsworth and Duce Rice appearing for the
8  government.
9       THE COURT: Thank you very much.
10      MS. ALSWORTH: Thank you.
11      THE COURT: Sorry about that. Thank you very much,
12  counsel.
13  (The proceedings were concluded at 1:27 p.m.)
14
15      I, KAREN HOOVEN, Official Reporter, do hereby certify
16  that the foregoing transcript as true and correct.
17
18  DATED: 28th of December, 2017    /s/ Karen Hooven
                                        KAREN HOOVEN, RMR-CRR
19
20
21
22
23
24
25