| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California  **TRANSCRIPT ORDER** | | | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|---|---|
| *PLEASE Read Instruction Page (attached):* | | | | |
| 1. YOUR NAME  Melanie L. Alsworth | 2. EMAIL  melanie.alsworth@usdoj.gov | 3. PHONE NUMBER  661-489-6150 | | 4. DATE  02/12/18 |
| 5. MAILING ADDRESS  2500 Tulare Street, Suite 4401 | | 6. CITY  Fresno | 7. STATE  CA | 8. ZIP CODE  93721 |
| 9. CASE NUMBER  1:15-cr-00104-AWI | 10. JUDGE  Ishii | DATES OF PROCEEDINGS | | |
| | | 11. FROM  11/13/2017 | 12. TO  11/13/2017 | |
| 13. CASE NAME  US v. Foster et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY  Fresno | 15. STATE  CA | |

16. ORDER FOR  
[✓] APPEAL No. 17-10496    [✓] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY  
[ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Sentencing | 11-13-2017 | Karen Hooven |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| [ ] | | | | | |
| [ ] | | | | | |

18. ORDER     (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [✓] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)  
By signing below, I certify I will pay all charges (deposit plus additional).    ESTIMATE TOTAL

19. SIGNATURE  /s/ Melanie L. Alsworth     PROCESSED BY

20. DATE  02/12/18     PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |