| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Melanie L. Alsworth | 2. EMAIL<br>melanie.alsworth@usdoj.gov | 3. PHONE NUMBER<br>661-489-6150 | 4. DATE<br>07/27/18 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>2500 Tulare Street, Suite 4401 | | 6. CITY<br>Fresno | 7. STATE<br>CA | 8. ZIP CODE<br>93721 |
| 9. CASE NUMBER<br>1:15-cr-00104-AWI | 10. JUDGE<br>Ishii | DATES OF PROCEEDINGS | | |
| | | 11. FROM 10/30/17 | 12. TO 10/30/17 | |
| 13. CASE NAME<br>US v. Foster et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Fresno | 15. STATE CA | |

16. ORDER FOR
- [ ] APPEAL No. _____
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Motion for New Trial Hearing | 10/30/17 | Rachael Espinoza |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| [ ] | | | | | |
| [ ] | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|

| 19. SIGNATURE<br>/s/ Melanie L. Alsworth | PROCESSED BY | |
|---|---|---|
| 20. DATE<br>07/27/2018 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |