KEKER, VAN NEST & PETERS LLP
BRIAN L. FERRALL - # 160847
bferrall@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Non-Party
Investigative Studios, Inc.

FILED
NOV 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEITH FOSTER,<br><br>　　　　Defendant. | Case No. 15-CR-00104-AWI-SKO<br><br>**DECLARATION OF NICHOLAS D. MARAIS IN SUPPORT OF NON-PARTY INVESTIGATIVE STUDIOS, INC.'S MOTION FOR ACCESS TO AUDIO RECORDINGS PLAYED AT TRIAL**<br><br>Date:　　December 3, 2018<br>Time:　　1:30 p.m.<br>Dept.:　　2<br>Judge:　　Hon. Anthony W. Ishii<br><br>Date Filed: April 9, 2015 |

**Filed By Fax**

DECLARATION OF NICHOLAS D. MARAIS IN SUPPORT OF NON-PARTY INVESTIGATIVE
STUDIOS, INC.'S MOTION FOR ACCESS TO TRIAL AUDIO
Case No. 15-CR-00104-AWI-SKO

1308001

I, Nicholas D. Marais, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker, Van Nest & Peters LLP, counsel for Non-Party Investigative Studios, Inc ("Studios"). I have knowledge of the facts set forth herein, and if called upon to testify thereto, could do so competently under oath.

2. Last month, Studios journalist Robert Lewis contacted the Court of Appeals for the Ninth Circuit to request access to various audio files that were introduced as exhibits during the trial in *United States v. Foster*, case no. 15-cr-00104. The Ninth Circuit informed Mr. Lewis that the trial exhibits at issue were still lodged with the Eastern District of California, and encouraged him to "contact the clerk's office" there "to arrange for access." Mr. Lewis then contacted Wendy Kusamura, a courtroom deputy in this District, who advised him that if he wanted the audio files, "a Motion could be filed requesting them."

3. Last week, I contacted counsel for both the United States and Mr. Foster. I asked whether they would voluntarily provide the audio files to Studios and, if not, whether they intended to oppose this motion. Mr. Foster's counsel, Mike McKneely, explained that, because these audio files are matters of public record, Mr. Foster does ***not*** oppose Studios' request. Mr. McKneely has also provided me with copies of transcripts of the audio files, although he has not yet been able to send me the audio. The United States Attorney's Office said that it could not say "at this time" whether it would "oppose [Studios'] motion."

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 2, 2018, in San Francisco, California.

_____
NICHOLAS MARAIS

---

1

DECLARATION OF NICHOLAS D. MARAIS IN SUPPORT OF NON-PARTY INVESTIGATIVE STUDIOS, INC.'S MOTION FOR ACCESS TO TRIAL AUDIO
Case No. 15-CR-00104-AW1-SKO

1308001