# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>KEITH FOSTER,<br>Defendant | CASE NO. 1:15-CR-0104 AWI SKO-1<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION FOR ACCESS TO AUDIO EXHIBITS**<br><br>(Doc. No. 316) |

On May 23, 2017, a jury found Defendant Keith Foster guilty of conspiracy to distribute and possess marijuana and conspiracy to distribute and possess heroin, both in violation of 21 U.S.C. §§ 841(a)(1) and 846. Foster has appealed his conviction and sentence to the Ninth Circuit Court of Appeal, and that appeal remains pending. See Doc. Nos. 291, 314.

On November 2, 2018, third party Investigative Studios, Inc. filed a motion for access to audio recordings that played at trial. See Doc. No. 316. Specifically, Investigative Studios wants copies of audio exhibits 4, 13, 25, and 68. See id. Investigative Studios's motion is set for hearing on December 3, 2018. See id.

Pursuant to Local Rule 430.1(d), any oppositions or non-oppositions to Investigative Studios's motion are due on November 26, 2018. Investigative Studios indicates in its motion that Defendant Foster will not oppose its motion and that the United States has declined to take a position on the motion. See id.

The Court has no reason to doubt the representations of Investigative Studios. However, for the sake of clarity and the record, the Court finds that it is appropriate for Foster and the United States to file a formal response, either an opposition or a notice of non-opposition. Therefore, the Court will set a formal briefing schedule that deviates somewhat from Local Rule 430.1. If, after having received the parties' submissions, the Court determines that a hearing is unnecessary, it will vacate the hearing at that time. For now, the Court will keep the December 3, 2018, hearing date.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant and the United States shall file either an opposition or a notice of non-opposition no later than November 19, 2018;
2. Investigative Studios shall file a reply to any opposition on or by November 27, 2018; and
3. At this time, the December 3, 2018, hearing shall remain on calendar.

IT IS SO ORDERED.

Dated: November 7, 2018

_____
SENIOR DISTRICT JUDGE